United States District Court
Southern District of Texas
FILED

AUG 1 4 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORMA HURON | § | |
| | § | |
| VS | § | CIVIL ACTION NO. **B-00-126** |
| | § | |
| DAYTON HUDSON CORPORATION | § | |
| D/B/A TARGET STORES | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT OF THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

### I.

**DAYTON HUDSON CORPORATION D/B/A TARGET STORES** is the Defendant in a

civil action brought on September 21, 1999 in the 103rd Judicial District Court of Cameron

County, Texas entitled Norma Huron vs Dayton Hudson Corporation d/b/a Target Stores;

Cause No. 1999-09-3933-D. A certified copy of the Citation, Petition, Answer and Civil

Docket Sheet in that action are attached as Exhibits "A", "B", "C" and "D", respectively, and

constitutes all process, pleading, and orders served in this action.

### II.

On August 2, 2000, this Defendant received a letter from Plaintiff's counsel indicating

that he will be seeking an amount in excess of $75,000.00, a copy of which is attached hereto

as Exhibit "E". This letter was in response to Defendant's letter of June 13, 2000; attached

hereto as Exhibit "F". This Notice of Removal is filed within 30 days of the receipt of the

demand in excess of $75,000.00 from Plaintiff's counsel and therefore this notice is timely

filed under 28 U.S.C. § 1446(b).

AURORA DE LA GARZA          DISTRICT CLERK

## III.

The district courts of the United States have original jurisdiction over this action based upon diversity of citizenship among the parties. This Defendant is now, and was at the time the action was commenced, diverse in citizenship from the Plaintiff. This Defendant is not a citizen of the State of Texas, nor was it a citizen of the State of Texas at the time this suit was commenced.

## IV.

The Plaintiff, Norma Huron, is domiciled in Rosewell, New Mexico, but was domiciled in Cameron County at the time this action was commenced. Plaintiff was at the time of the incident a citizen of the State of Texas.

Defendant, **DAYTON HUDSON CORPORATION, D/B/A TARGET STORES** is a corporation incorporated under the laws of the State of Minnesota. It's principal place of business now and at the time of this action was commenced inn Minneapolis, Minnesota. Defendant is now and was at the time of this action a citizen of the State of Minnesota and of no other state.

## V.

Plaintiff's Counsel's letter dated August 2, 2000, attached to this notice, states a claim against Defendant in excess of the jurisdictional limits of this Court. However should plaintiff prevail on the claim against Defendant, Plaintiff may be entitled to damages in excess of Seventy-Five Thousand Dollars ($75,000.00). Therefore, the amount in controversy in this action exceeds, exclusive of interest and costs, the sum of Seventy Five Thousand Dollars ($75,000.00).

2

## VI.

Removal of this action is proper under 28 U.S.C. § 1441. This is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. § 1332 on the basis that Plaintiff and the Defendant are diverse in citizenship.

WHEREFORE, Defendant, **DAYTON HUDSON CORPORATION D/B/A TARGET STORES**, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, respectfully files for the removal of this action for trial from Cause No. 1999-09-3933-D; 103 Judicial District Court in Cameron County, Texas to this Court on the ___/____ day of August, 2000.

Respectfully submitted,

R.E. LOPEZ, JR.
Federal I.D. No.: 652
ALONZO RAMOS
Federal I.D. No.: 20667
5810 San Bernardo Avenue, Suite 101
Walker Plaza Building
Laredo, Texas 78041
(956) 718-2134 — Telephone
(956) 718-2045 — Facsimile
Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served via facsimile and certified mail, return receipt requested to the following counsel of record, pursuant to the Texas Rules of Civil Procedures, on the ___*10*___ day of August, 2000.

Mr. R.W. Armstrong, Esq.
R.W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, Suite A
Brownsville, Texas 78520

_____
R.E. LOPEZ, JR.

## CERTIFICATE OF CONFERENCE

This is to certify that I, R. E. Lopez, Jr., on this 10th day of August, made an attempt to confer with Mr. R. W. Armstrong, but was told Mr. Armstrong was not in. I left a message for Mr. Armstrong to return my call, but have not heard from him.

_____
R.E. LOPEZ, JR.



Citation for Personal Service – CERTIFIED NON RESIDENT NOTICE    ORIGINAL    Lit. Seq. # 5.002.01

COPY

No. 1999-09-003933-D

## T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: DAYTON HUDSON CORPORATION
SERVING ITS REGISTERED AGENT:
CT CORPORATION SYSTEM
350 N. ST. PAUL STREET
DALLAS, TEXAS 75201

the          DEFENDANT          , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said          PETITION          was filed on SEPTEMBER 21, 1999.  A copy of same accompanies this citation.

The file number of said suit being No. 1999-09-003933-D.

The style of the case is:

NORMA HURON
VS.
DAYTON HUDSON CORPORATION D/B/A TARGET STORES

Said petition was filed in said court by          HON. RON ARMSTRONG
(Attorney for          PLAINTIFF          ), whose address is
2600 OLD ALICE ROAD, SUITE A    BROWNSVILLE TX   78521                    .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 21st day of SEPTEMBER, A.D. 1999.

**R E T U R N   O F   O F F I C E**

**CERTIFIED COPY**

Came to hand the \_\_\_\_\_ day of _____, at _____ o'clock \_\_.M., and

executed (not executed) on the \_\_\_\_\_ day of _____, \_\_\_\_\_, by delivering to

_____ in person a true copy of this Citation,

upon which I endorsed the date of delivery, together with the accompanying copy

of the _____.

Cause of failure to execute this citation _____

_____.

*PROCESS SERVED AFFIDAVIT ATTACHED*

FEES serving 1 copy

Total....... $_____        Sheriff/Constable _____ County,

Fees paid by:_____        By _____ Deputy,

FILED _____ O'CLOCK \_\_M
AURORA DE LA GARZA DIST CLERK

OCT 04 1990

DISTRICT COURT OF CAMERON COUNTY, TEXAS

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT, CAMERON COUNTY, TEXAS
BY *Maria Polanco*
DEPUTY

DISTRICT COURT
CAMERON COUNTY, TEXAS

**OFFICERS RETURN OF SERVICE**

**CERTIFIED COPY**

**ORIGINAL**

CASE # 199909003933

NORMA HURON

COURT 103
Clt. Ref.#

VS

DAYTON DUDSON CORPORATION D/B/A TARGET STORES

The documents came to our hand for service on 09/28/99  Time: 10:19:32

Documents received for service:

**CITATION; PLAINTIFF'S ORIGINAL PETITION**

The documents were delivered on 09/28/99  **Time: 15:30:00**

Executed at: 350 N. St. Paul St., #2900
Dallas, TX 75201

to the following: **Dayton Hudson Corporation**
**By Delivering To Its' Registered Agent, CT Corporation**
**System, Accepted By Shirley Dillon**

FILED ___ O'CLOCK ___
AURORA DE LA GARZA DIST. CLERK
OCT 04 1999
CAMERON COUNTY, TEXAS
DEPUTY

_____ PERSONALLY delivering the document to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person
who is sixteen (16) years of age or older, at the above listed address which is the
usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

**AFFIDAVIT**

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied an am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: __$50__

James Prince
Professional Civil Process Dallas, Inc.
214 Jackson St., Suite 930
Dallas, Texas 75202

STATE OF TEXAS}

**VERIFICATION**

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct.  Given my hand and seal of office this 29 day of ___Sept___ 1999.

NOTARY PUBLIC SIGNATURE

PETER S ARMSTRONG
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-16-2002

# CERTIFIED COPY



CAUSE NO. ~~199 CCL.3933~~ 3933-D

FILED
AURORA ... DIST. CLERK

SEP 21 1999

DISTRICT COUR ... EV, TEXAS
... PUTY

| | | |
|---|---|---|
| NORMA HURON | § | IN THE DISTRICT COURT OF South |
| | § | |
| V. | § | CAMERON COUNTY, TEXAS |
| | § | |
| DAYTON HUDSON CORPORATION D/B/A TARGET STORES | § | 103rd JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **Norma Huron**, Plaintiff, and files this her PLAINTIFF'S ORIGINAL PETITION, complaining of Defendant, **Dayton Hudson Corporation d/b/a Target Stores**. Pursuant to Texas Rules of Civil Procedure, Rule 190.2, Plaintiff stipulates that discovery is intended to be conducted under Level 2. For cause of action, Plaintiff **Norma Huron** would respectfully show the Court and Jury the following:

## I.
## PARTIES

Plaintiff **Norma Huron** is an individual residing in Roswell, New Mexico. Defendant **Dayton Hudson Corporation d/b/a Target Stores** is a corporation authorized to conduct business in the State of Texas and may be served with process through its registered agent for service, CT Corporation System, 350 N. St. Paul Street, Dallas, Texas 75201.


EXHIBIT
B

# CERTIFIED
# COPY

## II.
## VENUE

Venue is proper in Cameron County, Texas, pursuant to Tex. Civ. Prac, & Rem. Code §§ 15.001., 15.002., as Cameron County was the county in which all or a substantial part of the events giving rise to the claim occurred.

## III.
## NATURE OF ACTION

This is an action in tort for injuries suffered by Plaintiff while on the premises of Defendant.

## IV.
## FACTS

On November 25, 1997, Plaintiff **Norma Huron**, accompanied by her husband and a friend, went shopping at the Target store located in Brownsville, Texas, at 2940 Boca Chica Boulevard.  While inside the store in the Men's department, a large and heavy clothes rack became unbalanced and fell on Plaintiff.  The clothes rack struck Plaintiff on the back, causing her to strike a nearby shopping cart while falling.  The clothes rack knocked Plaintiff to the floor, landing on Plaintiff and pinning her to the floor.  It took the combined efforts of Plaintiff's husband and her friend to extricate Plaintiff.  As a result of this accident, Plaintiff suffered injuries to her back, left arm, and left knee.  In an approximate one-year period following her accident, Plaintiff consulted several doctors concerning her injuries, and underwent several procedures, including arthroscopic surgery for her injured knee.  For several months after her

CERTIFIED COPY

accident, Plaintiff walked with a limp, and Plaintiff has felt pain and discomfort in her knee and back since the time of her accident to the present.

## V.
## PREMISES LIABILITY

By placing the clothes rack in a position where it could become unbalanced and fall on Plaintiff, Defendant breached its duty of care towards Plaintiff. Plaintiff held the legal status of an invitee as a shopper in the store. *Atchison, Topeka and Santa Fe Railway Company v. Smith,* 563 S.W.2d 660, 666 (Tex. App.—Waco 1978, writ ref'd n.r.e.) As such, Defendant had a duty to abate the danger posed by the clothes rack, as Defendant knew, or through reasonable inspection should have known, that the clothes rack presented an unreasonable danger to anyone in the store. *Motel 6 G.P. Inc. v. Lopez,* 929 S.W.2d 1, 3-4 (Tex. 1996). The failure of Defendant to exercise reasonable care in reducing or eliminating the danger was the proximate cause of Plaintiff's injuries, for which she seeks recovery herein.

## VI.
## DAMAGES

Plaintiff has to date incurred approximately $20,000.00 in medical expenses. This figure is based on the amount she has spent in doctor's bills, and for pain medication. Plaintiff also seeks recovery for past and continued physical suffering, and for loss of earning capacity.

## VII.
## PRAYER FOR RELIEF

By reason of the above and foregoing, Plaintiff has suffered damages in the amount of SEVENTY THOUSAND DOLLARS ($70,000) AND NO/100.

CMPDF - www.fexlsx.com

**CERTIFIED COPY**

WHEREFORE, Plaintiff prays that Defendant be cited to appear and answer herein and

that upon a final trial of this cause, Plaintiff have:

a)      Judgment against Defendant in the amount of $70,000.00, along with

.       pre- and post-judgment interest;

b)      Costs of court, and;

c)      Such other and further relief to which Plaintiff may be justly entitled.

RESPECTFULLY SUBMITTED,

**R. W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas  78521
Telephone:      (956) 546-5556
Telecopier:     (956) 546-0470

By:_____
             R. W. Armstrong
             TBA01323500

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
BY _____

dll/petitions/huron, n. #99-214

# CERTIFIED
# COPY

CAUSE NO. 1909-09-3933-B

FILED 9.00 o'clock _a_
AURORA DE LA GARZA DIST CLK
SEP 21 1999
COURT OF CAMERON CO.

| | | |
|---|---|---|
| NORMA HURON | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| V. | § | CAMERON COUNTY, TEXAS |
| | § | |
| | § | |
| DAYTON HUDSON CORPORATION D/B/A | § | 103rd JUDICIAL DISTRICT |
| TARGET STORES | § | |

## PLAINTIFF'S JURY DEMAND

TO THE HONORABLE AURORA DE LA GARZA, DISTRICT CLERK:

On behalf of **Norma Huron**, Plaintiff in the above-styled and numbered cause, I hereby

make application and demand for jury trial of such cause. Tendered herewith is my firm check

payable to your order for $30.00 as the jury fee.

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone:    (956) 546-5556
Telecopier:    (956) 546-0470

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
BY _____ DEPUTY

BY: _____
R.W. Armstrong
TBA 01323500
**ATTORNEY FOR PLAINTIFF**

CERTIFIED
COPY

**Cause No. 1999-09-3933-D**

| | | |
|---|---|---|
| NORMA HURON | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| DAYTON HUDSON CORPORATION | § | 103rd JUDICIAL DISTRICT |
| D/B/A TARGET STORES | § | |

NOV 30 1999

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **Dayton Hudson Corporation d/b/a Target Stores**, and files this its Original Answer to Plaintiff's Original Petition and in support thereof would show unto the Court the following:

I.

### Affirmative Defenses.

1.     For further answer herein, if such be necessary, Defendant alleges that the acts of Plaintiff, Norma Huron, in failing to use ordinary care for her safety, was fifty-one (51%) percent of the cause of the alleged injuries, if any, or, in the alternative, that she was the sole cause.

2.     Pleading further, Defendants allege that the accident made the basis of this lawsuit, was caused by the negligence of a third party or third parties over whom Defendants had no control, and said negligence was the proximate cause, or, in the alternative, was the sole proximate cause of the Plaintiff's alleged damages.

3.     For further answer herein, if such be necessary, Defendants would show that the damages and injuries, if any, alleged by Plaintiff, were proximately caused by a new,

E:\WPDOCS\RELB\HURON\PLEAD\ANSWER.1



CUtoPDF – www.fastio.com

CERTIFIED
COPY

independent, intervening party over which Defendants had no control.

## II.

## GENERAL DENIAL

Defendant generally denies the allegations contained in Plaintiff's Petition and

demands strict proof thereof.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that Defendant go hence

without day with its costs and that it have such other and further relief to which it may be

entitled..

Respectfully Submitted,

**LOPEZ, PETERSON & BENAVIDES PLLC**

R.E. LOPEZ, JR.
State Bar of Texas No.: 12569000
5810 San Bernardo Ave., Suite 101
Walker Plaza Building
Laredo, Texas 78041
(956) 718-2134 - Telephone
(956) 718-2045 - Facsimile
Attorney for Defendant

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
BY _____ DEPUTY

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing
Defendant's Original Answer has been forwarded via certified mail return receipt
requested, via facsimile, and/or hand delivered on this _____ 2 2 _____ day of November, 1999
as follows:

Mr. R.W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

R. E. LOPEZ, JR.

E:\WPDOCS\RELB\HURON\PLEAD\ANSWER.1

1999-09-003933-D

* * * *   C L E R K ' S   E N T R I E S   * * * *

```
                                                09    21    99
URON                                  (10)

                                      DAMAGES                        30.00

N D/B/A TARGET STORES                               ARMSTRONG, HON. RON
```

```
00002401
HON. RON ARMSTRONG
2600 OLD ALICE ROAD, SUITE A
BROWNSVILLE TX        78521 0000

00510601
R.E. LOPEZ JR.
5810 SAN BERNARDO AVE. STE 101
LAREDO, TEXAS         78041 0000
```

```
09/21/99  ORIGINAL PETITION FILED
09/21/99  CITATION: DAYTON HUDSON CORPORATION
09/21/99    SERVED: 09/28/99        FILED: 10/04/99
09/21/99  JURY FEE: Pd. by HON. RON ARMSTRONG
11/30/99  ORIGINAL ANSWER: DAYTON HUDSON
          CORPORATION
01/19/00  NOTICE OF INTENTION TO TAKE DEPO BY
          WRITTEN QUESTIONS/CWARFORD
04/11/00  NOTICE OF INTENTION TO TAKE DEPO BY
          WRITTEN QUESTIONS/CWARFORD
06/16/00  AMENDED NOTICE OF INTENTION TO TAKE
          ORAL DEPO OF PLTF, NORMA
          HURON /CWARFORD
06/16/00  DROP DOCKET NOTICES MAILED
07/13/00  MTN TO REINSTATE CAUSE FOR TRIAL
07/24/00  /CWARFORD
07/24/00  MTN FOR TRIAL SETTING /CWARFORD
```

```
OP DOCKET
 TO REINSTATE CAUSE FOR TRIAL SET FOR 09/06/00 AT
MMURRAYJR/CWARFORD
FOR TRIAL SETTING  SET FOR 09/06/00 AT  9 AM..MMJR/CW
```



CVisPDF - www.fesko.com

# CIVIL DOCKET - JUDGE'S ENTRIES

## RULE 26-TRCP

CASE NO. 1-99-9C-02333-D

| | ATTORNEYS | KIND OF ACTION | | DATE OF FILING | |
|---|---|---|---|---|---|
| | | | MONTH | DAY | YEAR |
| | | | | | |

JURY FEE $

PAID BY

ES

: :

D/B/A TARGET STORES

6568401
FORNTON ARMSTRONG

BROWNSVILLE TX

DAMAGES

**COURT'S DOCKET (Rule 26, TRCP)**

Case 1:00-cv-00126   Document 1   Filed in TXSD on 08/14/2000   Page 17 of 19



**L  A  W  Y  E  R**
**BOARD CERTIFIED**
**PERSONAL INJURY LAW**

∞

August 2, 2000

R. E. Lopez, Jr.
**LOPEZ, PETERSON & BENVIDEZ, PLLC**
5810 San Bernardo Ave., Suite 101
Laredo, Texas 78041

Re:   **Cause No. 1999-09-3933-D**, *Norma Huron v. Dayton
Hudson Corporation d/b/a Target Stores*; 103rd Judicial District
Court, Cameron County, Texas
File No. 99-214

Dear Mr. Lopez:

Your June 13, 2000 correspondence has been reviewed. My response
is the pleading speaks for itself. At no time have I ever represented that I would
never seek a judgment over $75,000.00 — the damages will dictate the ultimate
recovery.

Again, the pleading speaks for itself.

Very truly yours,

R. W. Armstrong

RWA/le
xc:   Norma Huron

✉

**2600 OLD ALICE RD.**
**BROWNSVILLE, TX.**
**7 8 5 2 1 - 1 4 5 0**

☎

**9 5 6 - 5 4 4 - 5 5 5 6**
**FAX 5 4 4 - 0 4 7 0**



EXHIBIT

E

# LOPEZ, PETERSON & BENAVIDES, PLLC

### ATTORNEYS AT LAW

5810 SAN BERNARDO, SUITE 101
WALKER PLAZA BUILDING
LAREDO, TEXAS 78041
956/718-2134
FAX: 956/718-2045

EMAIL: chriscpeterson@yahoo.com

June 13, 2000

**VIA FACSIMILE (956) 546-0470**
**AND CM, RRR Z 229 465 060**
R.W. Armstrong & Associates
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

Re:     *1999-09-3933-D ; In the District Court of Cameron County, Texas, 103rd*
        *Judicial District; Norma Huron vs. Dayton Hudson Corporation D/B/A Target*
        *Stores*

Dear Mr. Armstrong:

I am in receipt of your responses to the Requests for Disclosures. I noticed in your responses that you are seeking compensatory damages of $70,000.00. This appears to be within the limits that you said you would seek. However, I am confused as to whether or not the $70,000.00 includes your medical expenses that you stated in Section D as well as anticipated future medicals $40,000.00 to $50,000.00. If, in fact, you are seeking over $75,000.00 then I need to know immediately for removal purposes. You had represented to me that you would not seek over $75,000.00 and we are standing on this representation.

Please advise.

Yours very truly,

R.E. LOPEZ, JR.

REL/clm

E:\WPDOCS\RELB\9888.022\CORRES\ARMSTRON.1



Z 229 465 060

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

Sent to
R. W. Armstrong

Street & Number
2600 Old Alice Rd

Post Office, State, & ZIP Code
Brownsville, TX

| | |
|---|---|
| Postage | |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ 2.96 |
| Postmark or Date | |

PS Form 3800, April 1995

LAREDO TX
JUN 25
STATION

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (*Please Print Clearly*)  P. Perez   B. Date of Delivery 6/28/00<br><br>C. Signature<br>X _____   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Mr. R. W. Armstrong<br>2600 Old Alice Rd.<br>Brownsville, Tx.<br>78521 | D. Is delivery address different from item 1?  ☒ Yes<br>   If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| 2. Article Number (*Copy from service label*)<br>Z 229 465 060 | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |

PS Form 3811, July 1999        Domestic Return Receipt        102595-99-M-1789