Case 1:00-cv-00126   Document 3   Filed in TXSD on 08/25/2000   Page 1 of 49

3

**I N  T H E  U N I T E D  S T A T E S  D I S T R I C T  C O U R T**
**F O R  T H E  S O U T H E R N  D I S T R I C T  O F  T E X A S**
**B R O W N S V I L E  D I V I S I O N**

United States District Court
Southern District of Texas
FILED

AUG 2 5 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NORMA HURON, | § | |
| *Plaintiff* | § | |
| | § | |
| v | § | CIVIL ACTION NO. B-00-126 |
| | § | |
| DAYTON HUDSON CORPORATION | § | |
| D/B/A/ TARGET STORES | § | |
| *Defendant* | § | |

## MOTION TO REMAND AND MOTION FOR SANCTIONS

NORMA HURON, through undersigned counsel, asks the Court to remand this case to the

103rd Judicial District Court of Cameron County, Texas from which it came, for the following

factual and legal posture:

1.      Plaintiff brought this action on September 21, 1999.  No amended complaint was ever filed

and no complaint was ever supplemented seeking damages in excess of Seventy Thousand Five

Dollars $75,000.00.  Plaintiff's Original Petition clearly sets forth the relief sought by Plaintiff,

that is Seventy Thousand Dollars ($70,000.00).   Nowhere in the body of Plaintiff's Original

Petition does Plaintiff seek a dollar amount in excess of Seventy Thousand Dollars $70,000.00 or

a sum equal to or exceeding minimal jurisdictional limits of the federal courts.

2.      In determining whether jurisdiction existed, the rule has long been established that the

amount in controversy is determined from the Complaint itself, unless it appears or in some way is

shown that the amount stated in the Complaint is not in good faith.  *Horton v. Liberty Mutual*

*Insurance Company* 367 US 348, 353, 81 S Ct 1570, 1573; *St. Paul Mercury Indemnity*

*Company v. Red Cab Company* 303 US 283, 289, 58 S Ct 586, 590, 82 L. Ed 845 (1938).  The

Defendant has the burden of establishing that Plaintiff acted in bad faith in understating his claim.

*Gaitor v. Peninsular and Occidental Steam Ship Company*, 287 F2d 252, 253-54 (5th Circuit

1961).  There is no question of bad faith and Defendant has not raised the issue of bad faith.  The

pleading is the instrument that determines the jurisdiction of the federal court.

3.      Defendant believes that correspondence received from Plaintiff's attorney somehow lends itself a jurisdictional amount greater that Seventy Five Thousand Dollars ($75,000).   In this regard on August 2, 2000, Plaintiff's attorney responded to a June 13, 2000 correspondence wherein Defendant's attorney stated "You had represented to me that you would not seek over $75,000.00 and we are standing on this representation."   The response from Plaintiff's attorney does not engender or create an amount over $75,000.00.   Plaintiff's attorney merely stated, "At no time have I ever represented that I would never seek a judgment over $75,000.00 (a denial of the statement).  The damages will dictate the ultimate recovery.  Again, the pleading speaks for itself." There is certainly no amount stated in the August 2, 2000 correspondence that would give rise to federal jurisdiction or that may be construed that the Plaintiff's case should be removed.   At no time did Plaintiff or her attorney ever state an amount in excess of Seventy Five Thousand Dollars $75,000.00, only a generic term that the damages would dictate the ultimate recovery.   Should defense council's imagination create damages in excess of Seventy Five Thousand Dollars $75,000.00, so be it; however, no document or paper has ever been forwarded that evidences a demand in excess of Seventy Five Thousand Dollars $75,000.00.   In fact, the language is tantamount to a pleading that Defendant contends federal jurisdiction is involved because the amount pled is in excess of the minimal jurisdictional limits of the Court.  The damages may well be Twenty Thousand Dollars ($20,000); the damages may well be any indeterminable amount, but certainly the correspondence does not state that Plaintiff is seeking an amount over Seventy Five Thousand Dollars ($75,000.00), but a denial of a false statement.

4.      In furtherance of Plaintiff's position, Plaintiff would show that the damages (medical specials) to date are Ten Thousand Four Hundred Eighty Two and 22/100 Dollars ($10,482.22); it was anticipated that more medical would be incurred, but that has not occurred.  Defendant knew this fact before Defendant removed this matter to the United States District Court for the Southern District of Texas.  How Defendant could extrapolate that the jurisdictional amount of Seventy Five Thousand Dollars ($75,000.00) has been demanded by a letter stating that the damages will dictate the ultimate recovery, could only be wishful thinking.  There has never been a demand of Seventy

File Server:Huron, Norma [99-214]:Mtn/Remand/Sanctions

2

Five Thousand Dollars ($75,000.00), or any written document seeking damages in excess of Seventy Five Thousand Dollars ($75,000.00).   In fact, Plaintiff's responses to request for disclosure affirm Plaintiff's posture that she has never requested the jurisdictional sum.   Copies of the medical specials are attached (*See* Exhibit A), along with the appropriate sections of the disclosure (*See* Exhibit B).

5.      Plaintiff moves this Court for an order remanding the above-entitled action to the 103rd Judicial District Court of Cameron County, Texas, on the ground the above-entitled action has not at any time nor does it now involve a claim or right arising out of the Constitution, treaties, or laws of the United States.   Additionally, there is no basis for this Court's jurisdiction of the above-entitled action, since Plaintiff's cause of action against Defendant arises under state law and Plaintiff has not pled or asserted a demand reaching the federal jurisdictional limits.   This Court is, therefore, without original or removal jurisdiction of the above-entitled action.

6.      Plaintiff further moves this Court for an order directing Defendant to pay all Plaintiff's costs and disbursement incurred by reason of Defendant's wrongful removal of the above-entitled action to this Court.

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG & ASSOCIATES**

BY:      _____
**R. W. Armstrong**
Fed.Id.No. 2237
SBN 01323500
2600 Old Alice Road, Ste. A
Brownsville, Texas 78521
Telephone:     (956) 546-5556
Telecopier:     (956) 546-0470
**ATTORNEY FOR PLAINTIFF
NORMA HURON**

## CERTIFICATE OF SERVICE

I, R. W. Armstrong, hereby certify that a true and correct copy of the **Motion to Remand and Motion for Sanctions** was on this the 23rd day of August, 2000 mailed by Certified Mail, return receipt requested, to:

Mr. R.E. Lopez, Jr.
**LOPEZ, PETERSON & BENAVIDES, PLLC**
5810 San Bernardo, Suite 101
Laredo, Texas 78041

R. W. Armstrong

## CERTIFICATE OF CONFERENCE

I certify that I, R.W. Armstrong, conferred with opposing counsel on the 24th ~~23rd~~ day of August , 2000, and he was unavailable.  However, I have previously advised that I would file a Motion to Remand.

R. W. Armstrong

File Server:Huron, Norma [99-214]:Mtn/Remand/Sanctions

4

**STATE OF TEXAS** §

§               **VERIFICATION**

**COUNTY OF CAMERON** §

I, R.W. Armstrong, being first duly sworn, depose and say:

1.  I am the attorney for Plaintiff, Norma Huron, in the above-entitled action.

2.  The above-entitled action was filed in the 103rd Judicial District Court of Cameron County, Texas on September 21, 1999, and was removed to this Court by Defendant Dayton Hudson Corporation d/b/a Target Stores, on August 10, 2000, with original and removal jurisdiction of this court over the above-entitled action being premised solely on the ground of with original and removal jurisdiction of this Court over the above-entitled action being premised on the grounds of alleged federal causes of action that the matter in controversy exceeding the sum of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00).

3.  The amount in controversy as evidenced by the pleadings does not meet the jurisdictional requirements.  Further, the actual damages to this date are under Twenty One Thousand Dollars ($21,000.00); that is, the medical Plaintiff has incurred is Ten Thousand Four Hundred Eighty Two and 22/100 Dollars ($10,482.22).

4.  Jurisdiction is improper in United States District Court for the Southern District of Texas. Affiant further sayeth not:

_____
R.W. Armstrong

SUBSCRIBED AND SWORN TO BEFORE ME on this the 2$^{4th}$ day of August, 2000, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas
My Commission Expires: _6/5/01_

ROSA M. GARCIA
Notary Public, State of Texas
My Commission Expires 06-05-2001

File Server:Huron, Norma [99-214]:Mtn/Remand/Sanctions

5

# EXHIBIT  A

File Server:Huron, Norma [99-214]:Mtn/Remand/Sanctions

6

CVisPDF – www.fesrio.com

```
REGARDING   : HURON , NORMA              FROM : RICARDO N. ADOBBATI, MD PA
BIRTH DATE  : MAY-18-1955
PHONE       : 956-233-9221                    95 E. PRICE ROAD BLDG B
EMPLOYED BY :                                 BROWNSVILLE TX 78521.
Emp. Phone  : 0-   -                          956 544-6727
Soc. Sec. # : 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
PATIENT #   : 8951
                                         PHONE : 9565446724
                                         IRS # : 74-1945673

BILL TO     : NORMA HURON
              2001 N MAIN
              ROSWELL NM 88201

REFERRING                                RESPONSIBLE
SOURCE      : PELLY, LORENZO     M.D.     PROVIDER  : ADOBBATI, RICARDO N
```

----------------------------------------------------------------------

Date of Last Bill : -UNKNOWN-
Account Type:  22    Status  0    Assignment: Y  Date of Accident: -UNKNOWN-

----------------------------------------------------------------------

PATIENT DIAGNOSES
9915. SYNOVITIS KNEE
6176. KNEE, INT DERANG NEC

----------------------------------------------------------------------

| DATE | CPT | DESCRIPTION | AMOUNT | DOC | LOC | FILED | ICD9 |
|------|-----|-------------|--------|-----|-----|-------|------|
| 11-MAR-98 | 99244 | OFFICE CONSULTATION/6 | 250.00 | 1 | 0 | TO FILE | 717.89 |
| 02-APR-98 | | NARRATIVE REPORTS | 125.00 | 1 | 0 | NOT FILED | 717.89 |
| 29-APR-98 | 99214 | OFFICE/OUTPT VISIT,ES | 75.00 | 1 | 0 | TO FILE | 717.89 |
| 04-MAY-98 | 29870 | KNEE ARTHROSCOPY | 885.00 | 1 | 2 | TO FILE | 719.26 |
| 04-MAY-98 | LT | MODIFIER/LEFT | .00 | 1 | 2 | | |
| 06-MAY-98 | 99024 | POST-OP FOLLOW-UP VIS | .00 | 1 | 0 | NOT FILED | 717.89 |
| 26-MAY-98 | 99024 | POST-OP FOLLOW-UP VIS | .00 | 1 | 0 | NOT FILED | 719.26 |

Statement of Charges from 02-JAN-70 thru 22-JUN-98

```
                              BALANCE FORWARD    :      .00
                              ITEMIZED CHARGES   :  1335.00
                              TOTAL BALANCE      :  1335.00
```

The Heart Institute of Brownsville
P.O. Box 3185
Brownsville, Texas 78523
Dr. _Robles_

Date: _Aug. 17, 1998_

Name: _Norma Huron_
Address: _Rt 3 Box 3110k_
_Los Fresnos, Tx 78566_

| Date of Service | Description | Amount |
|---|---|---|
| 4-30-98 | Electrocardiogram Report (EKG) | $ 35.00 |

*******Please note, this invoice is for EKG Reports Only******

Total Due   $ 35.00

If you have **insurance** for this date of service, call **(956) 504-3888** for claims processing.

_pd. 9-26-98_   _35.00_   _ck. 3032_

*************************************************************

Return this portion with check or money order payable to :

The Heart Institute of Brownsville
P.O. Box 3185
Brownsville, Texas 78523

Name: _Norma Huron_
Address: _RT 3 BOX 3110 K_
_Los Fresnos, TX 78566_

Amount Enclosed
$ _35.00_

_new address:_
_2001 n. main_
_Roswell nm 88201_

**BROWNSVILLE ANESTHESIA ASSOC**
**PO BOX 4589**
**BROWNSVILLE, TX  78523-4589**
**(956) 541-1278**
**License #: J0099**
**PIN: 85502B   MDJ0099**
**Federal Tax ID#: 742804024**

05-18-98

Patient: HURNO000   (956) 233-9221          Diagnosis

                                 1.
  HURON, NORMA                2.
  RT 3 BOX 3110K           3.
  LOS FRESNOS, TX   78566    4.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|------|-------------|-----------|--------|----|----|--------|
| 05-18-98 | CASH PAYMENT, THANK YOU! | CASH | | | 1 | -792.00 |
| 05-18-98 | EARLY PMT ADJUSTMENT | DIS | | | 1 | -198.00 |

|  |  |
|--|--|
| Total Charges: | 0.00 |
| Total Credits: | -990.00 |
| Tax: | 0.00 |
| Total Due This Visit: | -990.00 |
| Prior Family Balance: | 990.00 |
| Family Balance Due: | 0.00 |

REGARDIN:                        FROM    RICARDO N. ADOBBATI MD PA
BIRTH DAT
PHONE                                    95 E PRICE ROAD BLDG B
EMPLOYED I                               BROWNSVILLE TX 78521
Emp. Phon                                956 944-6727
Soc. Se
PATIENT
                                    PHONE # 9565446724
                                    IRS # 74-1945673
BILL TO

           8820

REFERRIN                            RESPONSIBLE
SOURCE                     M.D      PROVIDER : ADOBBATI , RICARDO N

Date of                    UNKNOWN
Account          tus       Assignment: Y Date of Accident: UNKNOWN

PATIEN
99 E SYN
6176 KN                NEC

| DATE | DESCRIPTION | AMOUNT | DOC | LOC | FILED | CODE |
|------|-------------|--------|-----|-----|-------|------|
| 11-MAR-9 | E CONSULTATION/6 | 250.00 | | 0 | TO FILE | 717.89 |
| 11-MAR-9 | NAL CHECK PYMT | -250.00 | | 0 | | |
| 02-APR-98 | ATIVE REPORTS | 125.00 | | 0 | NOT FILED | 717.69 |
| 02-APR-9 | IT CARD PAYMENT | 125.00 | | 0 | TO FILE | 717.89 |
| 29-APR-9 | E/OUTPT VISIT ES | 75.00 | | 0 | TO FILE | 717.89 |
| 29-APR-9 | IT CARD PAYMENT | -2856.00 | | 0 | | |
| 04-MAY-98 | ARTHROSCOPY | 885.00 | | 2 | TO FILE | 719.26 |
| 04-MAY | IER/LEFT | 00 | | 2 | | |
| 06-MAY-9 | OF FOLLOW-UP VIS | 00 | | 0 | NOT FILED | 717.89 |
| 26-MAY-9 | OP FOLLOW-UP VIS | 00 | | 0 | NOT FILED | 719.26 |
| 24-JUN-9 | UCTION OF MEDIC | 30.15 | | 0 | NOT FILED | 719.26 |
| 24-JUN-9 | NEY PAYMENT | -30.15 | | 0 | | |
| 17 | OF MEDIC | 20 | | 0 | NOT FILED | 719.26 |
| 17-SEP-9 | AL RECORDS PAYME | -25.00 | | 0 | NOT FILED | 719.26 |

Statement              02-JAN-70 thru 20-OCT-98

Case 1:00-cv-00126   Document 3   Filed in TXSD on 08/25/2000   Page 11 of 49

PAT #H

|                      |   |          |
| -------------------- | - | -------- |
| BALANCE FORWARD      |   | .00      |
| ITEMIZED CHARGES     |   | 1365.15  |
| ITEMIZED PAYMENTS    |   | -3261.15 |
| ITEMIZED ADJUSTMENTS |   | .00      |
| TOTAL BALANCE        |   | -1896.00 |

CtmPDF - www.fasiss.com

```
              VALLEY DOCTORS CLINIC
              P.O. BOX 3190
              585 W. JEFFERSON ST.
              BROWNSVILLE , TX 78523 3190
              (956) 544-0755  ID#: 74-2243831


     NORMA HURON                          ACCT #..: 015132-02
     RT. 3 BOX 3110K                      F/C TYPE: 11
                                          PRINT DT: 11-05-98
     LOS FRESNOS, TEXAS         78566     DOB.....: 05-18-1955
                                          SSN.....: 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
                                          PHONE...: (956) 233-9221
                                                    (000) 000-0000
     Patient ledger from...: 01-01-98 to 11-05-98
```

| Date | CPT | Description | Patient | Dr | Amount |
|------|-----|-------------|---------|-----|--------|
| 03-13-98 | 99213 | FOLLOW UP VISIT, LIMIT | NORMA HURON | LRP | 50.00 |
| | | 786.50-UNSPECIFIED CHEST PAIN | | | |
| 03-02-98 | 99202 | INITIAL OFFICE VISIT,L | NORMA HURON | LRP | 60.00 |
| | | 719.46-PAIN IN JOINT KNEE PAIN | | | |
| 03-05-98 | 99212 | FOLLOW UP VISIT, BRIEF | NORMA HURON | LRP | 40.00 |
| | | 727.51-SYNOVIAL CYST OF POPLITEAL SPACE | | | |

```
              Total charges           150.00
              Total payments             .00-
              Total debit adjustments    .00
              Total credit adjustments   .00-

              Ending balance:         150.00
```

Authorization for the below named physician to
charge my credit card for services rendered.
☐ VISA   ☐ MASTERCARD   ☐ DISCOVER

ACCT# _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

EXP. DATE: _ _ _ _ _ _ _ _

DATE: _ _ _ _ _ _ _ _   AMOUNT $ _ _ _ _ _ _ _ _

| ACCOUNT NUMBER | BILLING DATE |
|---|---|
| 11361 | 27-FEB-98 |

THIS AREA FOR OFFICE USE ONLY

DATE: _____   CLERK: _____

Authorization#: _____

AMOUNT PAID | $ | 50.00

DETACH AT THIS PERFORATION
AND RETURN THIS PORTION
WITH YOUR PAYMENT
PAY THIS AMOUNT ➤

BILL
TO:

BLISS W. CLARK, M.D., P.A.
1601 TREASURE HILLS BLVD.

AUTHORIZED SIGNATURE

$ _____

NORMA L HURON
RT 3 BOX 3110 K
LOS FRESNOS TX 78566

: 4674

---

| PATIENT'S NAME | | BILLING DATE |
|---|---|---|
| Account #11361 | BLISS W. CLARK, M.D. | 27-FEB-98 |
| NORMA L HURON | | |

| DESCRIPTION OF SERVICES & PAYMENTS | AMOUNT |
|---|---|
| BALANCE AS OF 28-JAN-98 | 50.00 |

IF YOUR ACCOUNT IS INCORRECT, WE
WILL BE HAPPY TO CHECK IT FOR
YOU. IF IT IS CORRECT, MAY WE
RECEIVED A PAYMENT SOON?

NOTE: CHARGES AND PAYMENTS MADE AFTER   25-FEB-98   WILL BE SHOWN ON YOUR NEXT STATEMENT.

BLISS W. CLARK, M.D., P.A.
1601 TREASURE HILLS BLVD.
HARLINGEN, TEXAS 78550
956-421-2663

PLEASE PAY THIS AMOUNT | $ | 50.00

07-Apr-98     BLISS  W.  CLARK,  M.D.,  P.A.

1601 TREASURE HILLS BLVD.
HARLINGEN, TEXAS 78550
956-421-2663

Patient: HURON        NORMA L          Acct # 11361   Acct Type:  0
                                       Soc. Sec. # 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
Bill to: NORMA L HURON                 Employer :
         RT 3 BOX 3110 K               Extra    :
         LOS FRESNOS TX 78566          Phone    : (956) 233-9221

----------------------- Provider Identification -----------------------
Prov :BLISS W. CLARK, M.D. P.A.   Medicare #         Tax ID.74-2662  C
Lic # M0H0609                     Medicaid #         B.C #

Diagnoses / Condition :                                    ICD-9 CODES
        TENDINITIS, PATELLAR                               726.61

-----------------------------------------------------------------------
  From     To    Place  CPT Code  Description         I.C.D.9  Amount Units TOS  I.C.#
04-07-98 04-07-98   0             CHECK PAYMENT OFFICE          -50.00   1
                                                          ------------
                                  Today's visit balance         -50.00
                                  Patient's Balance Forward       50.00
                                                          ------------
                                  Balance Due from Patient         .00


I hereby certify that the described services have been performed.


Signature : BLISS W. CLARK, M.D., P.A.          _____  Date

Instructions / Comments :

ATTENDING PHYSICIAN'S STATEMENT

Patient _____  Acct No. ___  Date of Acct _____

| NEW PATIENT | | CPT | FEE |
|---|---|---|---|
| Brief | 401 | 99201 | |
| Limited | 402 | 99202 | |
| Intermediate | 403 | 99203 | |
| Extended | 404 | 99204 | |
| Comprehensive | 405 | 99205 | |
| IME | 148 | 99199 | |

| ESTABLISHED PATIENT | | CPT | FEE |
|---|---|---|---|
| Brief | 406 | 99211 | |
| Limited | 407 | 99212 | |
| Intermediate | 408 | 99213 | |
| Extended | 409 | 99214 | |
| Comprehensive | 410 | 99215 | |
| Post OP Visit | 4151 | 99024 | |

| CONSULTATION-NEW | | CPT | FEE |
|---|---|---|---|
| Brief | 501 | 99241 | |
| Limited | 502 | 99242 | |
| Intermediate | 503 | 99243 | |
| Extended | 504 | 99244 | |
| Comprehensive | 505 | 99245 | |

| 2ND OPINION | | CPT | FEE |
|---|---|---|---|
| Med. Complexity | 517 | 99274 | |
| High Complexity | 518 | 99275 | |

| SPECIAL SERVICES | | CPT | FEE |
|---|---|---|---|
| Nurse Conf. | 519 | 99361 | |
| Nurse Conf. | 520 | 99362 | |
| RX Pharmacy Call | 4195 | 99371 | |
| Lab Handling | 4146 | 99000 | |
| Venipuncture | 4145 | 36415 | |
| Sports | 4165 | 99090 | |

| INJECTIONS | | CPT | FEE |
|---|---|---|---|
| Sterile Tray | 4210 | 99070 | |
| Inj Tendon Sheath | 1416 | 20550 | |
| Small Joint | 1417 | 20600 | |
| Int Joint | 1418 | 20605 | |
| Major Joint | 1419 | 20610 | |
| Steroids | 4208 | 99070 | |
| Local Anesthesia | 4301 | 99135 | |
| Area Injected | | | |

| X-RAY W/P | CPT | FEE |
|---|---|---|
| ☐ Left Side - LT | | |
| ☐ Right Side - RT | | |

| FRACTURE TREATMENT |
|---|
| ☐ Initial Procedure - 76 |
| ☐ With Manipulation |
| ☐ Without Manipulation |

| CAST8 |
|---|
| ☐ Plaster |
| ☐ Fiberglass |

| SUPPLIES | CPT | FEE |
|---|---|---|
| ☐ Dressing  S,M,L | 4174 | |
| ☐ Cast Shoe | 4175 | |
| ☐ Clav. Strap | 4176 | |
| ☐ Arm Sling | 4177 | |
| ☐ Ace Bandage | 4178 | |
| ☐ Wrist Brace | 4179 | |
| ☐ Elastic Knee Sup | 4180 | |
| ☐ Knee Immb | 4181 | |
| ☐ Knee Brace | 4182 | |
| ☐ Back Brace | 4222 | |
| ☐ Crutches | 4149 | |
| ☐ Alum Finger Splint | 4159 | |
| ☐ Ankle Brace | 4196 | |
| ☐ Ankle Support | 4197 | |

CAST REPLACEMENT/APPLICATION  ☐ 99070

| SURGERY OR NOTICE OF REFERRAL | SX | | |
|---|---|---|---|
| ☐ WC | ☐ GRP | ☐ MC | ☐ MD | ☐ PVT | ☐ UAB | ☐ OTHER |
| Date _____  Time: _____ | | | |
| ☐ VRMC | ☐ BMC | ☐ Brownsville Surgicare |
| ☐ Inpatient | ☐ Outpatient |
| ☐ Dr _____ |
| ☐ Second Opinion |
| ☐ Tests |
| SX |

| RETURN TO WORK/SCHOOL |
|---|
| Restrictions: |
| ☐ No |
| ☐ Yes |
| ☐ Regular Duty | ☐ Light Duty |
| Return _____  Date _____ |
| Next Appointment _____ |
| ☐ Do Not File Claim |
| Days _____  Weeks _____  Months _____ |

Diagnosis: _____

Signed: _____

Date: 1-27-98

| CHARGES AND PAYMENTS |
|---|
| TODAY'S TOTAL |
| PREVIOUS BALANCE |
| TODAY'S TOTAL |
| RECEIPT FOR THIS AMOUNT |
| PREVIOUS BALANCE |
| BALANCE DUE |

**RICARDO N. ADOBBATI, M.D., P.A.**
*Orthopedic Surgery*
LAKEVIEW MEDICAL PLAZA
95 E. PRICE RD., BLDG. B
BROWNSVILLE, TX 78521
956/544.6727

NIIC # PXXXAR933
SS # 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  •  ID #74.1945673
DC/SS # AR93

PLEASE RETAIN THIS SLIP FOR INCOME TAX & INSURANCE PURPOSE

There will be a $25.00 service charge on all returned checks

**ATTENDING PHYSICIAN'S STATEMENT**

Patient: _____ Acct. No. _____  Date of Acct. _____

☐ GRP.  ☐ MC  ☐ MD  ☒ PVT.  ☐ LIAB.  ☐ OTHER

| | CPT | FEE | | CPT | FEE |
|---|---|---|---|---|---|

**OFFICE VISITS**

**NEW PATIENT**
| | CPT | FEE |
|---|---|---|
| ☐ Brief | 401 | |
| ☐ Limited | 402 | |
| ☐ Intermediate | 403 | |
| ☐ Extended | 404 | |
| ☐ Comprehensive | 405 | |
| ☐ IME | 148 | |

**ESTABLISHED PATIENT**
| | CPT | FEE |
|---|---|---|
| ☐ Brief | 406 | |
| ☐ Limited | 407 | |
| ☐ Intermediate | 408 | |
| ☐ Extended | 409 | |
| ☐ Comprehensive | 410 | |
| ☐ Post-OP Visit | 4151 | N/C |

**CONSULTATION-NEW**
| | CPT | FEE |
|---|---|---|
| ☐ Brief | 501 | |
| ☐ Limited | 502 | |
| ☐ Intermediate | 503 | |
| ☐ Extended | 504 | |
| ☐ Comprehensive | 505 | |

**2ND OPINION**
| | CPT | FEE |
|---|---|---|
| ☐ Med. Complexity | 517 | |
| ☐ High Complexity | 518 | |

**SPECIAL SERVICES**
| | CPT | FEE |
|---|---|---|
| ☐ Nurse Cont. | 519 | |
| ☐ Nurse Cont. | 520 | |
| ☐ RX Pharmacy-Call | 4195 | |
| ☐ Lab Handling | 4146 | |
| ☐ Venipuncture | 4145 | |
| ☐ Reports | 4165 | |

**INJECTIONS**
| | CPT | FEE |
|---|---|---|
| ☐ Sterile Tray | 4210 | |
| ☐ Inj. Tendon Sheath | 1416 | |
| ☐ Small Joint | 1417 | |
| ☐ Int. Joint | 1418 | |
| ☐ Major Joint | 1419 | |
| ☐ Steriods | 4208 | |
| ☐ Local Anesthesia | 4301 | |
| Area Injected | | |

**X-RAY WP**
| | CPT | FEE |
|---|---|---|
| ☐ Left Side - LT ☐ Right Side - RT | | |

**FRACTURE TREATMENT**
| | CPT | FEE |
|---|---|---|
| ☐ Repeat Procedure - 76 | | |

**CASTS**
| | CPT | FEE |
|---|---|---|
| ☐ With Manipulation | | |
| ☐ Without Manipulation | | |
| ☐ Plaster | | |
| ☐ Fiberglass | | |

**CAST REPLACEMENT APPLICATION**
| | CPT | FEE |
|---|---|---|
| ☐ | 99070 | |

**SUPPLIES**
| | CPT | FEE |
|---|---|---|
| ☐ Dressing S M L | 4174 | |
| ☐ Cast Shoe | 4175 | |
| ☐ Clav. Strap | 4176 | |
| ☐ Arm Sling | 4177 | |
| ☐ Ace Bandage | 4178 | |
| ☐ Wrist Brace | 4179 | |
| ☐ Elastic Knee Sup. | 4180 | |
| ☐ Knee Immb. | 4181 | |
| ☐ Knee Brace | 4182 | |
| ☐ Back Brace | 4222 | |
| ☐ Crutches | 4149 | |
| ☐ Alum. Finger Splint | 4159 | |
| ☐ Ankle Brace | 4196 | |
| ☐ Ankle Support | 4197 | |

**CHARGES AND PAYMENTS**
| | |
|---|---|
| TODAYS TOTAL | 350.00 |
| PREVIOUS BALANCE | |
| RECEIPT FOR THIS AMOUNT | 350.00 |
| BALANCE DUE | |

**SURGERY OR NOTICE OF REFERRAL**
- Date: _____ Time: _____
- ☐ VRMC  ☐ BMC  ☐ Brownsville Surgicare
- ☐ Inpatient  ☐ Outpatient
- ☐ Dr.
- ☐ Second Opinion
- ☐ Tests:
- SX:

**RETURN TO WORK/SCHOOL**
- ☐ Yes     Date: _____
- ☐ No
- ☐ Regular Duty   ☐ Light Duty
- Restrictions:

☐ Do Not File Claim

Return _____ Days _____ Weeks _____ Months
Next Appointment: _____

Diagnosis: _____

Signed: _____

Date: 3/11/98

**RICARDO N. ADOBBATI, M.D., P.A.**
*Orthopedic Surgery*
LAKEVIEW MEDICAL PLAZA
95 E. PRICE RD., BLDG. B
BROWNSVILLE, TX 78521
956/544-6727

NHIC # P000AR933 • BC/BS # AR95
SS # 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 • TD #74-1945673

PLEASE RETAIN THIS SLIP FOR INCOME TAX & INSURANCE PURPOSE

There will be a $25.00 service charge on all returned checks.

# STATEMENT

STAT PHYSICIANS, PA
PO BOX 4346 DEPT 276
HOUSTON, TX 77210-4346

| PATIENT | | |
|---|---|---|
| NORMA HURON | | |
| TELEPHONE NO. | ACCOUNT NO. | BILL DATE |
| 800-968-6866 | 65029565HUR7 | 01-07-98 |

0370065029565HUR00014800276

SERVICES RENDERED
BY: NICHOLAS METCALF MD
AT: BROWNSVILLE MEDICAL CENTER

NORMA HURON
RT 3 BOX 3110K
LOS FRESNOS, TX 78566

STAT PHYSICIANS, PA
PO BOX 4346 DEPT 276
HOUSTON, TX 77210-4346

lllullludaldaalllludaldaldaldaldaldalludal

AMOUNT PAID _____

DETACH HERE AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE OF SERVICE | DIAGNOSIS CODE | PHYSICIAN | AMOUNT |
|---|---|---|---|
| PROCEDURE CODE AND DESCRIPTION | | | |
| 11-25-97 | 9248   9598   7295 | NICHOLAS METCALF MD | |
| 11-25-97  99283 | EVAL&MANAG LEV 3 | | 148.00 |

CALL TO ARRANGE PAYMENT- WE ACCEPT VISA AND MASTERCARD

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | PLEASE PAY THIS AMOUNT |
|---|---|---|---|---|
| | 148.00 | | | 148.00 |

If payment was made 14 days BEFORE the statement date, please disregard this bill. Please retain this portion for your records.

NORMA HURON                    65 029565 HUR 7 B 028

This statement is for EMERGENCY PHYSICIAN SERVICES and does not include any hospital charges for services, supplies or equipment. You may receive a separate hospital statement and / or separate statements for Lab, Xray or other services provided by a clinic, independent physicians or radioligist.

TAX ID NO.  760490080     MAKE CHECK PAYABLE TO:  STAT PHYSICIANS, PA

IMPORTANT MESSAGE REGARDING YOUR ACCOUNT
PLEASE CONTACT OUR OFFICE BETWEEN 7AM AND 7PM MON-FRI

PERHAPS YOU DID NOT REALIZE HOW LONG YOUR ACCOUNT HAS
BEEN OVER DUE.  WE ARE SURE THAT YOU WILL AGREE YOUR
ACCOUNT NEEDS PROMPT ATTENTION.  YOUR CHECK FOR THE
BALANCE MAILED TODAY WILL BE APPRECIATED.  THANK YOU.

IF PAYMENT WAS MADE 14 DAYS BEFORE THE BILL DATE PLEASE DISREGARD THIS BILL

| PATIENT'S NAME | | BILLING DATE |
|---|---|---|
| Account #11361 | BLISS W. CLARK, M.D. | 27-MAR-98 |
| NORMA L HURON | | AMOUNT |
| | | 50.00 |

**DESCRIPTION OF SERVICES & PAYMENTS**

BALANCE AS OF 25-FEB-98

WE ARE DISAPPOINTED NOT TO HAVE
HEARD FROM YOU. PLEASE LET US
KNOW IN THE NEXT FEW DAYS WHEN
YOU CAN MAKE A PAYMENT.

NOTE: CHARGES AND PAYMENTS MADE AFTER 25-MAR-98
WILL BE SHOWN ON YOUR NEXT STATEMENT

BLISS W. CLARK, M.D., P.A.
1601 TREASURE HILLS BLVD.
HARLINGEN, TEXAS 78550
956-421-2663

**PLEASE PAY THIS AMOUNT**

$ 50.00

---

Authorization for the below named physician to
charge my credit card for services rendered
☐ VISA  ☐ MASTERCARD  ☐ DISCOVER

BLISS W. CLARK, M.D., P.A.

ACCT#

EXP. DATE: ___-___-___  AMOUNT: $_____

DATE: ___-___-___

AUTHORIZED SIGNATURE

| ACCOUNT NUMBER | BILLING DATE |
|---|---|
| 11361 | 27-MAR-98 |

THIS AREA FOR OFFICE USE ONLY

DATE:                    CLERK:

Authorization#:

**DETACH AT THIS PERFORATION
AND RETURN THIS PORTION
WITH YOUR PAYMENT**

PAY THIS AMOUNT

AMOUNT PAID:        $ 50.00

$_____

BILL TO:
NORMA L HURON
RT 3 BOX 3110 K
LOS FRESNOS TX 78566

4730

| PATIENTS NAME | BLISS W. CLARK, M.D. | BILLING DATE |
|---|---|---|
| | | 09-JAN-98 |

Account #11361
NORMA L HURON

| DESCRIPTION OF SERVICES & PAYMENTS | AMOUNT |
|---|---|
| 31-DEC-97 OFFICE/OUTPATIENT VISIT,NEW | 88.50 |
| 31-DEC-97 X-RAY KNEE/COMPLETE | 55.00 |
| 05-JAN-98 -- INSURANCE FILED ON ABOVE ITEMS -- | |
| -- THANK YOU FOR YOUR MOST RECENT | |
| PAYMENT. | |

NOTE:CHARGES AND PAYMENTS MADE AFTER  07-JAN-98

BLISS W. CLARK, M.D., P.A.
1601 TREASURE HILLS BLVD
HARLINGEN, TEXAS 78550
956-421-2663

WILL BE SHOWN ON YOUR NEXT STATEMENT

**PLEASE PAY THIS AMOUNT**  $  143.50

---

Authorization for the below named physician to
charge my credit card for services rendered.
☐ VISA  ☐ MASTERCARD  ☐ DISCOVER
ACCT.#
EXP. DATE:
DATE:                    AMOUNT:$

BLISS W. CLARK, M.D., P.A.

AUTHORIZED SIGNATURE

| ACCOUNT NUMBER | BILLING DATE |
|---|---|
| 11361 | 09-JAN-98 |

USE THIS AREA FOR OFFICE USE ONLY
DATE:
CLERK:
Authorization#:

AMOUNT PAID $          PLEASE PAY THIS AMOUNT
$                                            143.50

DETACH AT THIS PERFORATION
AND RETURN THIS PORTION
WITH YOUR PAYMENT

BILL
TO:
NORMA L HURON
RT 3 BOX 3110 K
LOS FRESNOS TX 78566

4561

| PATIENT'S NAME | BILLING DATE |
|---|---|
| BLISS W. CLARK, M.D. | 30-JAN-98 |

Account #11361
NORMA L HURON

| DESCRIPTION OF SERVICES & PAYMENTS | AMOUNT |
|---|---|
| BALANCE AS OF 31-DEC-97 | 143.50 |
| 20-JAN-98 Payment-SEDGWICK | -143.50 |
| 21-JAN-98 OFFICE/OUTPATIENT VISIT,EST | 50.00 |
| REF: .0 | |
| | |
| 26-JAN-98   - INSURANCE FILED ON ABOVE ITEMS - | |
| THANK YOU FOR YOUR MOST RECENT PAYMENT. | |

NOTE: CHARGES AND PAYMENTS MADE AFTER 29-JAN-98   WILL BE SHOWN ON YOUR NEXT STATEMENT

**PLEASE PAY THIS AMOUNT**   $   50.00

BLISS W. CLARK, M.D., P.A.
1601 TREASURE HILLS BLVD.
HARLINGEN, TEXAS 78550
956-421-2663

---

Authorization for the below na and physician to charge my credit card for services rendered.
□ VISA   □ MASTERCARD   □ DISCOVER

BLISS W. CLARK, M.D., P.A.
ACCT# ___
EXP. DATE: ___
DATE: ___   AMOUNT: $ ___

AUTHORIZED SIGNATURE

| ACCOUNT NUMBER | BILLING DATE |
|---|---|
| 11361 | 30-JAN-98 |

THIS AREA FOR OFFICE USE ONLY
DATE:   CLERK:
Authorization#:

**DETACH AT THIS PERFORATION AND RETURN THIS PORTION WITH YOUR PAYMENT**

| AMOUNT PAID | PAY THIS AMOUNT |
|---|---|
| $ | 50.00 |

BILL TO:
NORMA L HURON
RT 3 BOX 3110 K
LOS FRESNOS TX 78566

4615

# VALLEY DOCTORS CLINIC
## 394 MILITARY HWY
### 956/544-3226

| DATE | DESCRIPTION | TOTAL FEE | PAYMENTS | ADJ. | BALANCE | | PREVIOUS | NAME |
|------|-------------|-----------|----------|------|---------|--|----------|------|
| 8/13/9 | Estb limited | 50 00 | 50 00 | | | CREDITS | BALANCE | Norma Huron |

**NOTE: ALL CHARGES TO BE PAID AT TIME OF SERVICE ULESS PRIOR ARRANGAMENTS HAVE BEEN MADE W/CREDIT DEPT.**

| OFFICE VISITS | FEE | CPT | | INJECTIONS | CPT | FEE |
|---------------|-----|-----|--|------------|-----|-----|
| NEW PATIENT, LIMITED | | 99202 | | EPOGEN | Q9934 | |
| NEW PATIENT, INTERMED. | | 99203 | | FLU VACCINE | 90724 | |
| NEW PATIENT .EXTENDED | | 99204 | | NUBAIN 10mg. 1cc | J3490.27 | |
| NEW PATIENT, COMPREH/ | | 99205 | | PENICILLIN | Z1606 | |
| ESTAB. PATIENT.BRIEF | | 99212 | | PHENERGAN 1cc | J2550,1 | |
| ESTAB. PATIENT, LIMITED | | 99213 | | PNEUMOVAX | 90732 | |
| ESTAB. PATIENT, INTERMED. | | 99214 | | ROCEPHIN 1mg. | J9381 | |
| ESTAB. PATIENT, EXTENDED | | 99215 | | ROCEPHIN 250 mg. | Z6090 | |
| BLOOD PRESSURE CHECK | | 99499 | | ROCEPHIN 500mg. | Z6092 | |
| | | | | TETANUS TOXID | 90703 | |
| CONSULTATION | | | | TINE TEST | 86585 | |
| SURGICAL TRAY | | 99070 | | VISTARIL 25mg. | Z6070 | |
| CONSULATION, INTERMED. | | 99242 | | VITAMIN B12 1cc | J3420 | |
| CONSULTATION, EXTENDED | | 99243 | | OTHER | | |
| CONSULTATION, COMPREH. | | 99244 | | | | |
| CONSULTATION, COMPLEX | | 99245 | | LABORATORY | | |
| OTHER | | | | SMAC 24 | 99211 | |
| | | | | CBC | 85022 | |
| GASTRO PROCEDURES | | | | ROUTINE UA | 81000 | |
| FLEXIBLE SIGMOIDESCOPY | | WP45300 | | ANA TITER | 86038 | |
| FLEXIBLE SIGMOID W/BIOPSY | | WP45331 | | ESR SED RATE | 86585 | |
| OTHER | | | | FINGER STICK | 82948 | |
| | | | | GLUCOSE (FBS) | 82947 | |
| CARDIAC PROCEDURES | | | | HTLV III | 86312 | |
| ELECTROCARDIOGRAM | | WP93000 | | LANOXIN LEVEL | 08613 | |
| 24 HR. HOLTER, ECG | | 93235 | | LIPID SCREENS (CHOL/TRIGL) | 80061 | |
| EKG THYTHM STRIP | | 93040 | | PAP SMEAR | 88150 | |
| OTHER | | | | PROTEIN URINE, QUAN, 24HRS. | 88180 | |
| | | | | RA | 86430 | |
| DIAGNOSTIC | | | | RPR | 86592 | |
| PULMONARY FUNCTION | | 94010 | | THYROID PROFILE | 02178 | |
| PFT W/DILATORS | | 94060 | | TSH | 02354 | |
| RHINOLARYNGOSCOPY | | 31575 | | LAB HANDELING | 99000 | |
| LOWER EXT. ARTRITIES | | 93920 | | | | |
| LOWER EXT. VENOUS | | 93965 | | MISCELLANEOUS | | |
| QUANTITATIVE VENOUS | | 93971 | | LOCAL ANESTHESIA | 01995 | |

OTHER

CE-9 CODE _____  DIAGNOSIS _____

1.-PRIMARY _____
2.-SECONDARY _____
3.- _____

# VALL __ DOCTORS CLINIC
## 394 MILITARY HWY
### 956/54__226

| DESCRIPTION | TOTAL FEE | PAYMENTS | ADJ. | BALANCE | | PREVIOUS | Huon Norua |
|---|---|---|---|---|---|---|---|
| 99212 | 40.00 | 40 00 | | 0 | | BALANCE | NAME |
| | | | CREDITS | | | | |

LL CHARGES TO BE PAID AT TIME OF SERVICE ULESS PRIOR ARRANGMENTS HAVE BEEN MADE W/CREDIT DEPT.

| VISIT | | CPT FEE | INJECTIONS | | CPT FEE |
|---|---|---|---|---|---|
| ATIENT, LIMITED | | 99202 | EPOGEN | | Q9934 |
| ATIENT, INTERMED. | | 99203 | FLU VACCINE | | 90724 |
| ATIENT, EXTENDED | | 99204 | NUBAIN 10mg. 1cc | | J3490.27 |
| ATIENT, COMPREH/ | | 99205 | PENICILLIN | | Z1606 |
| . PATIENT, BRIEF | | 99212  40 | PHENERGAN 1cc | | J2550.1 |
| . PATIENT, LIMITED | | 99213 | PNEUMOVAX | | 90732 |
| . PATIENT, INTERMED. | | 99214 | ROCEPHIN 1mg. | | J9381 |
| . PATIENT, EXTENDED | | 99215 | ROCEPHIN 250 mg. | | Z6090 |
| D PRESSURE CHECK | | 99499 | ROCEPHIN 500mg. | | Z6092 |
| | | | TETANUS TOXID | | 90703 |
| ULTATION | | | TINE TEST | | 86585 |
| ICAL TRAY | | 99070 | VISTARIL 25mg. | | Z6070 |
| ULATION, INTERMED. | | 99242 | VITAMIN B12 1cc | | J3420 |
| ULTATION, EXTENDED | | 99243 | OTHER | | |
| ULTATION, COMPREH. | | 99244 | | | |
| ULTATION, COMPLEX | | 99245 | LABORATORY | | |
| R | | | SMAC 24 | | 99211 |
| | | | CBC | | 85022 |
| RG PROCEDURES | | | ROUTINE UA | | 81000 |
| IBLE SIGMOIDESCOPY | | WP45300 | ANA TITER | | 86058 |
| IBLE SIGMOID W/BIOPSY | | WP45331 | ESR SED RATE | | |
| ER | | | FINGER STICK | | 82943 |
| | | | GLUCOSE (FBS) | | 82947 |
| DIAC PROCEDURES | | | HTLV III | | 86312 |
| TROCARDIOGRAM | | WP93000 | LANOXIN LEVEL | | 08613 |
| L HOLTER, ECG | | 93235 | LIPID SCREENS (CHOL/TRIGL) | | 80061 |
| THYTHM STRIP | | 93040 | PAP SMEAR | | 88150 |
| ER | | | PROTEIN URINE, QUAN, 24HRS. | | 88180 |
| | | | RA | | 86430 |
| NOSTIC | | | RPR | | 86592 |
| MONARY FUNCTION | | 94010 | THYROID PROFILE | | 02178 |
| W/DILATORS | | 94060 | TSH | | 02354 |
| NCLARYNGOSCOPY | | 31575 | LAB HANDELING | | 99000 |
| ER EXT. ARTRITIES | | 93930 | | | |
| ER EXT. VENOUS | | 93965 | | | |
| NTITATIVE VENOUS | | 93971 | LOCAL ANESTHESIA | | 01995 |

ER _____

_E CODE _____   DIAGNOSIS _____

1.-PRIMARY _____

2.-SECONDARY _____

3.- _____

# VALLEY DOCTORS CLINIC
## 394 MILITARY HWY
### 956/544-3226

| DATE | DESCRIPTION | TOTAL FEE | PAYMENTS | ADJ. | BALANCE | | PREVIOUS | Norma Huron |
|------|-------------|-----------|----------|------|---------|---|----------|-------------|
| 8/13/9 | Estb. limited | 50 00 | 50 00 | | | CREDITS | BALANCE | NAME |

NOTE: ALL CHARGES TO BE PAID AT TIME OF SERVICE ULESS PRIOR ARRANGAMENTS HAVE BEEN MADE W/CREDIT DEPT.

| OFFICE VISIT | CPT | FEE | INJECTIONS | CPT | FEE |
|--------------|-----|-----|------------|-----|-----|
| NEW PATIENT, LIMITED | 99202 | | EPOGEN | Q9934 | |
| NEW PATIENT, INTERMED. | 99203 | | FLU VACCINE | 90724 | |
| NEW PATIENT .EXTENDED | 99204 | | NUBAIN 10mg. 1cc | J3490.27 | |
| NEW PATIENT, COMPREH/ | 99205 | | PENICILLIN | Z1606 | |
| ESTAB. PATIENT.BRIEF | 99212 | | PHENERGAN 1cc | J2550,1 | |
| ESTAB. PATIENT, LIMITED | 99213 | 50 | PNEUMOVAX | 90732 | |
| ESTAB. PATIENT, INTERMED. | 99214 | | ROCEPHIN 1mg. | J9381 | |
| ESTAB. PATIENT, EXTENDED | 99215 | | ROCEPHIN 250 mg. | Z6090 | |
| BLOOD PRESSURE CHECK | 99499 | | ROCEPHIN 500mg. | Z6092 | |
| | | | TETANUS TOXID | 90703 | |
| CONSULTATION | | | TINE TEST | 86585 | |
| SURGICAL TRAY | 99070 | | VISTARIL 25mg. | Z6070 | |
| CONSULATION, INTERMED. | 99242 | | VITAMIN B12 1cc | J3420 | |
| CONSULTATION, EXTENDED | 99243 | | OTHER | | |
| CONSULTATION, COMPREH. | 99244 | | | | |
| CONSULTATION, COMPLEX | 99245 | | LABORATORY | | |
| OTHER | | | SMAC 24 | 99211 | |
| | | | CBC | 85022 | |
| GASTRO PROCEDURES | | | ROUTINE UA | 81000 | |
| FLEXIBLE SIGMOIDESCOPY | WP45300 | | ANA TITER | 86038 | |
| FLEXIBLE SIGMOID W/BIOPSY | WP45331 | | ESR SED RATE | | |
| OTHER | | | FINGER STICK | 82948 | |
| | | | GLUCOSE (FBS) | 82947 | |
| CARDIAC PROCEDURES | | | HTLV III | 86312 | |
| ELECTROCARDIOGRAM | WP93000 | | LANOXIN LEVEL | 08613 | |
| 24 HR. HOLTER, ECG | 93235 | | LIPID SCREENS (CHOL/TRIGL) | 80061 | |
| EKG THYTHM STRIP | 93040 | | PAP SMEAR | 88150 | |
| OTHER | | | PROTEIN URINE, QUAN, 24HRS. | 88180 | |
| | | | RA | 86430 | |
| DIAGNOSTIC | | | RPR | 86592 | |
| PULMONARY FUNCTION | 94010 | | THYROID PROFILE | 02178 | |
| PFT W/DILATORS | 94060 | | TSH | 02354 | |
| RHINOLARYNGOSCOPY | 31575 | | LAB HANDELING | 99000 | |
| LOWER EXT. ARTRITIES | 93920 | | | | |
| LOWER EXT. VENOUS | 93965 | | MISCELLANEOUS | | |
| QUANTITATIVE VENOUS | 93971 | | LOCAL ANESTHESIA | 01995 | |
| | | | | | |
| | | | | | |

OTHER

CE-9 CODE                                    DIAGNOSIS

1.-PRIMARY
2.-SECONDARY
3.-

RUFINA

Ebanos

**BROWNSVILLE ANESTHESIA ASSOC**
PO BOX 4589
BROWNSVILLE, TX  78523-4589
(956) 541-1278
License #: J0099
PIN: 85502B
Federal Tax ID#: 742804024

05-05-98

Patient: HURNO000   (956) 233-9221

HURON, NORMA
RT 3 BOX 3110K
LOS FRESNOS, TX   78566

Diagnosis
1. 717.9 Derangement  internal  knee NO
2.
3.
4.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|------|-------------|-----------|--------|----|----|--------|
| 05-04-98 | ARTHROSCOPY, KNEE | 29881 | QY | 1 | 8 | 520.00 |
| 05-04-98 | Assay  blood gases  pH PO2 | 82803 | | 1 | 1 | 65.00 |
| 05-04-98 | Exhaled carbon dioxide tes | 94770 | | 1 | 1 | 75.00 |
| 05-04-98 | Insertion of emergency air | 31500 | | 1 | 1 | 330.00 |

| | | |
|---|---|---|
| Total Charges: | 990.00 |
| Total Credits: | 0.00 |
| Tax: | 0.00 |
| Total Due This Visit: | 990.00 |
| Prior Family Balance: | 0.00 |
| Family Balance Due: | 990.00 |

792.00

600

COLUMBIA VALLEY REGIONAL MEDICAL CENTER                    STATEMENT
P. O. BOX 3710
1 TED HUNT BLVD.
BROWNSVILLE  TX  78521-3710


                              Account Number : 001870001,000007Z85251
                              Patient's Name : NORMA HURON
                                               001967824

NORMA HURON
RT 3 BOX 3110K
LOS FRESNOS  TX  78566

                                          Statement Date :   5/11/98


```
!-----------------------------------------------------------------!
! _Service_Date_!___Description_of_Service_____!___Amount____!
!    5/01/98    !   EKG                              !     170.50  !
!    4/30/98    !   CHEST PA & LAT                   !     175.25  !
!    4/30/98    !   AUTO UA W-O MICROSCOPY           !      48.00  !
!    4/30/98    !   COMP METABOLIC PANEL             !     230.50  !
!    4/30/98    !   PROTHROMBIN TIME                 !      81.50  !
!    4/30/98    !   PART THM TIME-PTT                !      69.50  !
!    5/04/98    !   PACK COLD INSTANT                !      14.25  !
!    5/04/98    !   SOLUTION BASIC INTERLINK         !      15.00  !
!    5/04/98    !   CATH IV 18 GA                    !       9.10  !
!    5/04/98    !   SECONDARY SET INTERLINK          !       7.00  !
!    5/04/98    !   DEMEROL 50-SYR IVIM              !      15.40  !
!    5/04/98    !   DIPRIVAN 200MG IV                !      56.55  !
!    5/04/98    !   DOPRAM 20MG-CC 20ML              !      14.00  !
!    5/04/98    !   FORANE                           !     172.00  !
!    5/04/98    !   FORANE                           !     172.00  !
!    5/04/98    !   INAPSINE 2ML AMP                 !      26.55  !
!    5/04/98    !   NEOSTIGMIN 1:1000 IV             !      14.00  !
!    5/04/98    !   NORCURON 10MG IV                 !      95.70  !
!    5/04/98    !   GLYCOPYROLATE 0.2MGI             !      42.00  !
!    5/04/98    !   SUFENTA 1ML AMP                  !      62.00  !
!    5/04/98    !   VERSED 2MG IV-IM                 !      22.80  !
!    5/04/98    !   IV-D5W PF 50-100                 !      54.00  !
!    5/04/98    !   IV-LR 1000ML                     !      54.50  !
!    5/04/98    !   IRR-WATER USP 1000ML             !      37.75  !
!    5/04/98    !   IRR-LR 5000ML                    !     119.50  !
!    5/04/98    !   SENSORCAINE .25% MDV             !      18.00  !
!    5/04/98    !   SOD.CL INJ 10ML IVIM             !      14.00  !
!    5/04/98    !   CEFAZOLIN 1GM IV1M               !      19.45  !
!    5/04/98    !   DEPO-MEDROL 40MG 1ML             !      24.65  !
!____5/04/98____!___OR-30_MIN_____!_____825.00__!
!              !                    !                !             !
!              !                    ! Balance  ! Continued        !
!____Page___1_of___3_____!_____!_____!
```

COLUMBIA VALLEY REGIONAL MEDICAL CENTER                STATEMENT
P. O. BOX 3710
1 TED HUNT BLVD.
BROWNSVILLE  TX  78521-3710


Account Number : 001870001 00000TZ35Z31
Patient's Name : NORMA HURON
                 001967824

NORMA HURON
RT 3 BOX 3110K
LOS FRESNOS  TX  78566

Statement Date :   5/11/98

| Service Date | Description of Service | Amount |
|---|---|---|
| 5/04/98 | OR ADDL 30 MIN | 641.75 |
| 5/04/98 | 1ST ASST-HR | 138.75 |
| 5/04/98 | ANESTH-30MIN | 456.50 |
| 5/04/98 | ANES ADDL 30 MIN | 270.00 |
| 5/04/98 | DR FOG-DE FOGGER | 14.50 |
| 5/04/98 | VIDEO SET UP | 118.00 |
| 5/04/98 | RT AIRWAY | 6.60 |
| 5/04/98 | ELECTRODE EKG ALL 3 | 11.25 |
| 5/04/98 | STEHOSCOPE ESOPHAGEA | 34.50 |
| 5/04/98 | MONITOR TEMP MONOTHR | 61.50 |
| 5/04/98 | SUCTION LINER | 36.00 |
| 5/04/98 | CATH SUCTION 18 FR | 6.25 |
| 5/04/98 | SUCTION YANKAUER | 17.60 |
| 5/04/98 | PACK ARTHROSCOPY | 213.50 |
| 5/04/98 | BASIN SET | 50.50 |
| 5/04/98 | SET INSTRUMENT | 43.00 |
| 5/04/98 | TRAY MAYO | 18.00 |
| 5/04/98 | PACK OR TOWELS | 43.00 |
| 5/04/98 | DRAPE UNIVERSAL | 111.50 |
| 5/04/98 | SUTURE O R GENERAL | 28.00 |
| 5/04/98 | SPONGE LAP PEDI 4X18 | 20.00 |
| 5/04/98 | TRAY SKIN SCRUB | 19.50 |
| 5/04/98 | TUBE SUCTION 12FT | 21.00 |
| 5/04/98 | OB ABD PADS | 4.00 |
| 5/04/98 | BNDG ACE 6 | 12.50 |
| 5/04/98 | TAPE MICROPORE 2IN | 5.75 |
| 5/04/98 | BNDG STERI .5 | 7.25 |
| 5/04/98 | DRSG XEROFORM 5x9 | 5.25 |
| 5/04/98 | ORTHO ARTHROLOK CR | 26.50 |
| 5/04/98 | ARTHROSCOPY | 264.00 |

Balance :  Continued

COLUMBIA VALLEY REGIONAL MEDICAL CENTER          STATEMENT
P. O. BOX 3710
1 TED HUNT BLVD.
BROWNSVILLE  TX  78521-3710


                          Account Number : 001870001 000007285251
                          Patient's Name : NORMA HURON
                                           001967824

NORMA HURON
RT 3 BOX 3110K
LOS FRESNOS  TX  78566
                                          Statement Date :  5/11/98

---

| Service Date | Description of Service | Amount |
|---|---|---|
| 5/04/98 | TOURNIQUET AUTO ROTA | 9.00 |
| 5/04/98 | ESMARK DISP | 10.00 |
| 5/04/98 | WEBRIL ALL | 4.75 |
| 5/04/98 | IMMOBILIZER KNEE ALL | 105.00 |
| 5/04/98 | SET ARTHRO ZC4031 | 43.25 |
| 5/04/98 | ARTHROSCOPY FLUID MGMY | 155.00 |
| 5/04/98 | NDL SPINAL 22 3.5 | 16.00 |
| 5/04/98 | RECOVERY ROOM 30 MIN | 208.75 |
| 5/04/98 | REC RM ADDL 30MIN | 188.50 |
| 5/04/98 | O2 PER HOUR | 12.00 |
| 5/07/98 | UPFRONT PYMT.CHK 0    000000 | 4,000.00- |
| 5/07/98 | (Pst)Account Final Billed    05/ | 8,207.15 |
| 5-11-98 | *Credit from Audit Results* | 244.75- |
| 5-11-98 | *Prepaid Discount of Paid Infull* | 490.60- |

---

|  |  | Balance | $ 1,500.00 |
|---|---|---|---|
| Page  3 of  3 |  |  |  |

```
PATIENT NO:        7285251   VALLEY REGIONAL MED CTR   BILLING DATE   PAGE   1
MED REC NO:        7285251   P O BOX 3710              06/22/98
GUARANTOR NO:                100A ALTON GLOOR BLVD
PATIENT:                     BROWNSVILLE, TX  78521    ADMITTED      DISCHARGED
HURON NORMA                                            05/04/98      05/04/98


BILL TO:
    HURON NORMA                    SAME-DAY SURGERY          FC=99
    RT 3 BOX 3110K                 INFORMATION BILL
    LOS FRESNOS    TX
    78566-0000
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| **300—LABORATORY** | | | | | | | | |
| 043098 | 01B131 | 0736 | | 800540 | 80054 | 1 | COMP METABOLIC PANEL | 230.50 |
| 043098 | 01B131 | 0736 | | 810000 | 81003 | 1 | AUTO UA W-O MICROSCOPY | 48.00 |
| 043098 | 01B131 | 0736 | | 856106 | 85610 | 1 | PROTHROMBIN TIME | 81.50 |
| 043098 | 01B131 | 0736 | | 857301 | 85730 | 1 | PART THM TIME-PTT | 69.50 |
| | | | | | | | SUBTOTAL: | 429.50 |
| **320—DX X-RAY** | | | | | | | | |
| 043098 | 01B131 | 0728 | | 710203 | 71020 | 1 | CHEST PA & LAT | 175.25 |
| | | | | | | | SUBTOTAL: | 175.25 |
| **730—EKG/ECG** | | | | | | | | |
| 050198 | 01B131 | 0744 | | 930005 | 93005 | 1 | EKG | 170.50 |
| | | | | | | | SUBTOTAL: | 170.50 |
| **250—PHARMACY** | | | | | | | | |
| 050498 | 05B568 | 0712 | | 300031 | 52044117 | 1 | NORCURON 10MG IV | 95.70 |
| 050498 | 05B568 | 0712 | | 300070 | 4199806 | 1 | VERSED 2MG IV-IM | 22.80 |
| 050498 | 05B568+ | 0712 | | 300166 | 10019036040 | 2 | FORANE | 344.00 |
| 050498 | 05B568 | 0712 | | 300203 | 469340000 | 3 | GLYCOPYROLATE 0.2MGI | 42.00 |
| 050498 | 05B568 | 0712 | | 300205 | 50458005001 | 1 | SUFENTA 1ML AMP | 62.00 |
| 050498 | 05B568 | 0712 | | 300543 | 310030020 | 1 | DIPRIVAN 200MG IV | 56.55 |
| 050498 | 05B568 | 0712 | | 301163 | 9028023 | 1 | DEPO-MEDROL 40MG 1ML | 24.65 |
| 050498 | 05B568 | 0712 | | 301700 | 50458001002 | 1 | INAPSINE 2ML AMP | 26.55 |
| 050498 | 05B568 | 0712 | | 303934 | 31484983 | 1 | DOPRAM 20MG-CC 20ML | 14.00 |
| 050498 | 05B568 | 0712 | | 303959 | 641254041 | 1 | NEOSTIGMIN 1:1000 IV | 14.00 |
| 050498 | 05B568 | 0712 | | 307432 | 186103101 | 1 | SENSORCAINE .25% MDV | 16.00 |
| 050498 | 05B568 | 0712 | | 308040 | 74488810 | 1 | SOD.CL INJ 10ML IVIM | 14.00 |
| 050498 | 05B568 | 0712 | | 308206 | 15733912 | 1 | CEFAZOLIN 1GM IVIM | 19.45 |
| 050498 | 05B568 | 0712 | | 308701 | 24032502 | 1 | DEMEROL 50-SYR IVIM | 15.40 |
| | | | | | | | SUBTOTAL: | 767.10 |
| **258—IV SOLUTIONS** | | | | | | | | |
| 050498 | 05B568 | 0712 | | 300025 | 338011704 | 1 | IV-LR 1000ML | 54.50 |
| 050498 | 05B568 | 0712 | | 300082 | 338001738 | 1 | IV-D5W PF 50-100 | 54.00 |

```
IF INSURANCE ON FILE CARRIER HAS BEEN BILLED
THANK YOU FOR CHOOSING VALLEY REGIONAL MEDICAL CENTER
```

CMcPDF - www.tesic.com

```
PATIENT NO:        7285251   VALLEY REGIONAL MED CTR   BILLING DATE    PAGE    2
MED REC NO:        7285251   P O BOX 3710              06/22/98
GUARANTOR NO:                100A ALTON GLOOR BLVD
PATIENT:                     BROWNSVILLE, TX  78521    ADMITTED    DISCHARGED
HURON NORMA                                            05/04/98    05/04/98
```

| DATE OF<br>SERVICE | BATCH<br>REF | DEPT | F<br>S | PROC | NDC/CPT-4/<br>HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | SUBTOTAL: | 108.50 |

270-MED SUR SUPPLIES

| DATE OF<br>SERVICE | BATCH<br>REF | DEPT | PROC | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|
| 050498 | 05B511 | 0718 | 000703 | 1 | TRAY MAYO | 16.00 |
| 050498 | 05B511 | 0718 | 032684 | 1 | SUTURE O R GENERAL | 28.00 |
| 050498 | 11WR39 | 0718 | 032684 | 1 | OB GEN SUTURE | 28.00 |
| 050498 | 05B511 | 0718 | 060160 | 1 | STEHOSCOPE ESOPHAGEA | 34.50 |
| 050498 | 05B511 | 0718 | 370006 | 2 | OB ABD PADS | 4.00 |
| 050498 | 05B511 | 0718 | 370046 | 1 | DR FOG-DE FOGGER | 14.50 |
| 050498 | 05B511 | 0718 | 370105 | 1 | RT AIRWAY | 6.60 |
| 050498 | 05B511 | 0718 | 370207 | 2 | TUBE SUCTION 12FT | 21.00 |
| 050498 | 05B511 | 0718 | 370215 | 1 | PACK ARTHROSCOPY | 213.50 |
| 050498 | 05B511 | 0718 | 370298 | 1 | CATH SUCTION 18 FR | 6.25 |
| 050498 | 05B511 | 0718 | 370857 | 1 | ELECTRODE EKG ALL 3 | 11.25 |
| 050498 | 05B568 | 0718 | 371003 | 1 | PACK COLD INSTANT | 14.25 |
| 050498 | 05B511 | 0718 | 371714 | 1 | SET ARTHRO 2C4031 | 43.25 |
| 050498 | 05B511 | 0718 | 371906 | 1 | TAPE MICROPORE 2IN | 5.75 |
| 050498 | 05B511 | 0718 | 373001 | 1 | BNDG ACE 6 | 12.50 |
| 050498 | 05B511 | 0718 | 373332 | 1 | SPONGE LAP PEDI 4X18 | 20.00 |
| 050498 | 05B511 | 0718 | 373361 | 1 | BNDG STERI .5 | 7.25 |
| 050498 | 05B511 | 0718 | 375073 | 2 | SUCTION YANKAUER | 17.60 |
| 050498 | 05B511 | 0718 | 375081 | 2 | NDL SPINAL 22 3.5 | 16.00 |
| 050498 | 11WR39 | 0718 | 375081 | 2 | NDL SPINAL 22 3.5 | 16.00 |
| 050498 | 05B511 | 0718 | 375289 | 1 | TOURNIQUET AUTO ROTA | 9.00 |
| 050498 | 05B511 | 0718 | 375705 | 1 | TRAY SKIN SCRUB | 19.50 |
| 050498 | 11WR39 | 0718 | 375705 | 1 | TRAY SKIN SCRUB | 19.50 |
| 050498 | 05B511 | 0718 | 375941 | 2 | SUCTION LINER | 36.00 |
| 050498 | 05B511 | 0718 | 377072 | 1 | IMMOBILIZER KNEE ALL | 105.00 |
| 050498 | 05B511 | 0718 | 377160 | 2 | PACK OR TOWELS | 43.00 |
| 050498 | 05B568 | 0718 | 378188 | 1 | CATH IV 18 GA | 9.10 |
| 050498 | 05B511 | 0718 | 379910 | 1 | ARTHROSCOPY FLUID MGMY | 155.00 |
| 050498 | 05B568 | 0718 | 380114 | 1 | SECONDARY SET INTERLIN | 7.00 |
| 050498 | 05B568 | 0718 | 380120 | 1 | SOLUTION BASIC INTERLI | 15.00 |
| 050498 | 05B511 | 0718 | 600180 | 1 | ARTHROSCOPY | 264.00 |
| 050498 | 05B511 | 0718 | 600345 | 1 | MONITOR TEMP MONOTHR | 61.50 |
| 050498 | 05B511 | 0718 | 600378 | 1 | WEBRIL ALL | 4.75 |
| 050498 | 05B511 | 0718 | 600418 | 2 | DRAPE UNIVERSAL | 111.50 |
| 050498 | 11WR39 | 0718 | 600418 | 2 | DRAPE UNIVERSAL | 111.50 |
| 050498 | 05B511 | 0718 | 601679 | 2 | ORTHO ARTHROLOK CR | 26.50 |
| 050498 | 05B511 | 0718 | 601846 | 1 | ESMARK DISP | 10.00 |

IF INSURANCE ON FILE CARRIER HAS BEEN BILLED
THANK YOU FOR CHOOSING VALLEY REGIONAL MEDICAL CENTER

```
PATIENT NO:        7285251      VALLEY REGIONAL MED CTR    BILLING DATE    PAGE   3
MED REC NO:        7285251      P O BOX 3710               06/22/98
GUARANTOR NO:                   100A ALTON GLOOR BLVD
PATIENT:                        BROWNSVILLE, TX  78521     ADMITTED        DISCHARGED
HURON NORMA                                                05/04/98        05/04/98
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 050498 | 11WR39 | 0718 | | 601846 | | 1 | ESMARK DISP | 10.00 |
| 050498 | 05B511 | 0718 | | 609983 | | 1 | VIDEO SET UP | 118.00 |
| 050498 | 05B511 | 0754 | | 950305 | | 1 | O2 PER HOUR | 12.00 |
| 050498 | 05B568 | 0718 | | 300158 | 338013729 | 2 | IRR-LR 5000ML | 119.50 |
| 050498 | 11WR39 | 0718 | | 300158 | 338013729 | 1 | IRR-LR 5000ML | 59.75 |
| 050498 | 05B568 | 0718 | | 300272 | 338000404 | 1 | IRR-WATER USP 1000ML | 37.75 |
| | | | | | | | SUBTOTAL: | 1411.55 |

272-STERILE SUPPLY

| 050498 | 05B511 | 0757 | | 000701 | | 1 | BASIN SET | 50.50 |
| 050498 | 05B511 | 0757 | | 000702 | | 2 | SET INSTRUMENT | 43.00 |
| | | | | | | | SUBTOTAL: | 93.50 |

360-OR SERVICES

| 050498 | 05B511 | 0701 | | 200269 | | 1 | 1ST ASST-HR | 138.75 |
| 050498 | 05B511 | 0701 | | 600005 | | 1 | OR-30 MIN | 895.00 |
| 050498 | 05B511 | 0701 | | 600170 | | 1 | OR ADDL 30 MIN | 641.75 |
| | | | | | | | SUBTOTAL: | 1675.50 |

370-ANESTHESIA

| 050498 | 05B511 | 0722 | | 060010 | | 1 | ANESTH-30MIN | 458.50 |
| 050498 | 05B511 | 0722 | | 060055 | | 1 | ANES ADDL 30 MIN | 270.00 |
| | | | | | | | SUBTOTAL: | 728.50 |

623-MED-SUR SP/SURGICAL DRES

| 050498 | 05B511 | 0718 | | 370033 | K0223 | 1 | DRSG XEROFORM 5x9 | 5.25 |
| | | | | | | | SUBTOTAL: | 5.25 |

710-RECOVERY ROOM

| 050498 | 05B511 | 0704 | | 992684 | | 1 | RECOVERY ROOM 30 MIN | 208.75 |
| 050498 | 05B511 | 0704 | | 992685 | | 1 | REC RM ADDL 30MIN | 188.50 |
| | | | | | | | SUBTOTAL: | 397.25 |

TOTAL ANCILLARY CHARGES          5962.40

| DATE OF PAYMENT | BATCH REFER | PAY TYPE | PROC | INS PLAN | BILL THRU DT | DESCRIPTION / COMMENT | AMOUNT |
|---|---|---|---|---|---|---|---|
| 05/01/98 | 01 635 | 1 | 000059 | | | UPFRONT PYMT. CHK O | 4,000.00 |
| 05/18/98 | 18 815 | 1 | 000111 | | 05/04/98 | PATIENT PYMT-CK | 1,500.00 |
| 05/20/98 | 26RA77 | 4 | 000711 | | 05/04/98 | 537 SELF PAY DISC O/P | 462.40 |
| | | | | | | TOTAL PAYMENTS | 5,962.40 |

IF INSURANCE ON FILE CARRIER HAS BEEN BILLED
THANK YOU FOR CHOOSING VALLEY REGIONAL MEDICAL CENTER

```
PATIENT NO:        7285251    VALLEY REGIONAL MED CTR    BILLING DATE    PAGE   4
MED REC NO:        7285251    P O BOX 3710               06/22/98
GUARANTOR NO:                 100A ALTON GLOOR BLVD
PATIENT:                      BROWNSVILLE, TX . 78521    ADMITTED       DISCHARGED
HURON NORMA                                              05/04/98       05/04/98
```

```
                                        TOTAL CHARGES          5962.40
                                             PAYMENTS          5500.00
                                          ADJUSTMENTS           462.40
                                              BALANCE             .00
```

IF INSURANCE ON FILE CARRIER HAS BEEN BILLED
THANK YOU FOR CHOOSING VALLEY REGIONAL MEDICAL CENTER

```
PATIENT NO:        7285251    VALLEY REGIONAL MED CTR    BILLING DATE      PAGE    5
MED REC NO:        7285251    P O BOX 3710               06/22/98
GUARANTOR NO:                 100A ALTON GLOOR BLVD
PATIENT:                      BROWNSVILLE, TX  78521     ADMITTED        DISCHARGED
HURON NORMA                                              05/04/98         05/04/98
```

### DEPARTMENTAL CHARGE SUMMARY

| DEPT | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 0701 | SURGERY | 1,675.50 |
| 0704 | RECOVERY ROOM | 397.25 |
| 0712 | PHARMACY | 875.60 |
| 0718 | CENTRAL SUPPLY | 1,404.80 |
| 0722 | ANESTHESIOLOGY | 728.50 |
| 0728 | RADIOLOGY | 175.25 |
| 0736 | CLINICAL LABORATORY | 429.50 |
| 0744 | EKG | 170.50 |
| 0754 | RESPIRATORY THERAPY | 12.00 |
| 0757 | CENTRAL STERILE | 93.50 |

```
TOTAL CHARGES:      5,962.40
TOTAL PAYMENTS:     5,500.00
   TOTAL ADJUST:      462.40
```

Norma Hu m

WAL-MART

SUPERCENTER
WE SELL FOR LESS
ALWAYS!
STORE #0595

| | | |
|---|---|---|
| ST# 0595 OP# 00001728 TE# 07 TR# 03E06 | | |
| ANKLE WGHT | 004-43526385 | 10.48 J |
| CATALINA SHO | 000237210676 | 9.[illegible] J |
| MASSENGILL | 005310052035 | 1.97 J |
| LETTUCE | 000000004061 F | 0.77 H |
| BANANAS | 000000004272 F | |
| 3.18LB | @1LB /0.33 | 1.05 H |
| REG 0.97 / | 000000004087 F | |
| 0.70LB | @1LB /0.88 | 0.62 H |
| SV BRAN 500 | 007874204771 | 3.5[illegible] J |
| BRST TENDERS | 007874207345 F | 7.77 H |
| JEWISH RYE | 005040072403 F | 1.[illegible] H |
| SUBTOTAL | | 38.49 |
| TAX 1 8.250 % | | 2.14 |
| TOTAL | | 40.63 |
| DEBIT TEND | | 40.63 |
| DEBIT CASH BACK | | 20.00 |
| CHANGE DUE | | 20.00 |

EFT DEBIT PAY FROM PRIMARY
ACCOUNT : 5706
40.63 PURCHASE
20.00 CASH BACK
60.63 TOTAL PURCHASE
REF # 814801011174
NETWORK ID. 0017 APPR CODE 701939
05/27/98 19:58:56

TC# 0148 5942 7392 3650 6992
WAL-MART OREO STACKING CONTEST MAY 23
05/27/98 19:59:07

KMART PHARMACY #3456 TAX RECEIPT
2300 N EXPRESSWAY (956)542-6482
BROWNSVILLE TX 78521
Rx#6726959 Tx#1251545 Pharmacist: JRV
HURON, NORMA
19 POMELOS Ph:(210)233-9221
BROWNSVILLE TX 78521
RELAFEN 750MG TAB NDC:00029-4852-20

Dr. ADOBBATI, RICARDO N.

05/26/98 QTY: 60 CASH PRICE: $83.97

KMART PHARMACY #3456 DUP. RECEIPT
2300 N EXPRESSWAY (956)542-6482
BROWNSVILLE TX 78521
Rx#6726959 Tx#1251545 Pharmacist: JRV
HURON, NORMA
19 POMELOS Ph:(210)233-9221
BROWNSVILLE TX 78521
RELAFEN 750MG TAB NDC:00029-4852-20

Dr. ADOBBATI, RICARDO N.

05/26/98 QTY: 60 CASH PRICE: $83.97

PHARMACY
People Feel Better Coming Here

[illegible]
APPLY FOR A KMART CREDIT CARD
REFUNDS ONLY WITH RECEIPT

| | | |
|---|---|---|
| PRESCRIPTION N | 83.97 | N |
| SUBTOTAL | 83.97 | |
| NO TAX | .00 | |
| TOTAL | 83.97 | |
| VISA CHARGE TENDERED | 83.97 | |
| CHANGE | .00 | |

[illegible]
[illegible]

| DATE | CODE | DESCRIPTION | AMOUNT | TOTAL |
|------|------|-------------|--------|-------|
| 04/30/98 | 85730 | PART THM TIME-PTT | 1 @ 6.70 | 6.70 |
| 04/30/98 | 85610 | PROTHROMBIN TIME | 1 @ 4.40 | 4.40 |
| 04/30/98 | 81000 | URINALYSIS CTM | 1 @ 4.10 | 4.10 |



Questions call 1-800-203-4715

| ACCOUNT NUMBER | DATE OF STATEMENT | BALANCE | AMOUNT DUE |
|----------------|-------------------|---------|------------|
| 611*7285251 | 05-14-98 | 15.20 | 15.20 |

PATIENT NAME
NORMA HURON
(956) 233-9221

Tax Id 142541090   DX: 717.9
Place of service: VALLEY REGIONAL MED CTR
Referring Doctor: RICARDO ADOBBATI, MD
MAKE CHECKS PAYABLE TO: ANA GUTIERREZ, MD

SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

☝ FEED FACE DOWN THIS DIRECTION ☝ —  NCR — ☝ FEED FACE DOWN THIS DIRECTION ☝

CAUTION: Federal law PROHIBITS the transfer of this drug to any person other than the patient for whom it was prescribed.

RX 6719282 JRV Dr BLISS
HURON, NORMA    12/31/97
20 MEDROL   16MG   TA

6719282 1236223 Counseling - Recd:___ Refused:___

HURON, NORMA    _____ __/__/__

**TAX RECEIPT**

**KMART PHARMACY #3456**
**2380 N EXPRESSWAY**      **(956)542-8482**
**BROWNSVILLE TX 78521**

Rx#6719282   Tx#1236223    Pharmacist: JRV
**HURON, NORMA**
**19 POMELOS**                    Ph:(210)233-9221
**BROWNSVILLE TX 78521**
**MEDROL    16MG    TAB**        NDC:00009-0073-01

Dr. BLISS, CLARK W.

12/31/97 QTY: 20    **CASH PRICE:    $34.97**

**☛ FEED FACE DOWN THIS DIRECTION ☛**   ⊘ NCR   **☛ FEED FACE DOWN THIS DIRECTION ☛**

RX 4416625 JRV Dr ADOBBATI        4416625  1249464  Counseling - Recd:___ Refused:___
HURON, NORMA    05/04/98
20  APAP/CODEINE300-30MGTA   HURON, NORMA                            __ /__ /__

**K®**    TAX RECEIPT

KMART PHARMACY #3456
2380 N EXPRESSWAY
BROWNSVILLE TX 78521           (956)542-6482

Rx#4416625   Tx#1249464   Pharmacist: JRV
HURON, NORMA
19 POMELOS
BROWNSVILLE TX 78521          Ph:(210)233-9221
APAP/CODEINE300-30MGTAB       NDC:00228-2001-96
Generic for: TYLENOL/COD #3   TAB

Dr. ADOBBATI, RICARDO N.

05/04/98 QTY: 20    **CASH PRICE:**    $5.99

**K®**    DUP. RECEIPT

KMART PHARMACY #3456
2380 N EXPRESSWAY
BROWNSVILLE TX 78521           (956)542-6482

Rx#4416625   Tx#1249464   Pharmacist: JRV
HURON, NORMA
19 POMELOS
BROWNSVILLE TX 78521          Ph:(210)233-9221
APAP/CODEINE300-30MGTAB       NDC:00228-2001-96
Generic for: TYLENOL/COD #3   TAB

Dr. ADOBBATI, RICARDO N.

05/04/98 QTY: 20    **CASH PRICE:**    $5.99



**K®**
PHARMACY

**People Feel Better**
**Coming Here**

DEVOLUCIONES CON RECIBOS SOLAMENTE

APPLY FOR KMART CREDIT CARD
REFUNDS ONLY WITH RECEIPT

1  #18        PRESCRIPTION      5.99 N
2  300450461306 TYLENOL        4.49
3  300450461306 TYLENOL        4.49
             SUBTOTAL          14.97
             TAX                 .74
             TOTAL             15.71
             CASH TENDERED     20.00
             CHANGE             4.29

2100-2100 050 31 05/04/98 3456 06:05P

Case 1:00-cv-00126   Document 3   Filed in TXSD on 08/25/2000   Page 37 of 49



EASTERN PLAINS MEDICAL GROUP
PO BOX 8190
ROSWELL NM 88202-8190
(505) 623-6180
74-2814097

Norma G Curry
2001 N
ROSWELL NM

| Date | Description | Amount |
|---|---|---|
| 02/02/99 | EXPANDED PROB FOC NEW | 71.82 |
| 02/02/99 | X-RAY VIEWS | 03.29 |
| 02/02/99 | Credit - Thank You | -146.03 |

Account Balance

Next Appointment

Patient        Date   Time   Reason

# EXHIBIT  B

File Server:Huron, Norma [99-214]:Mtn/Remand/Sanctions

7

CUtePDF – www.fastio.com

CAUSE NO. 1999-09-3933-D

| | | |
|---|---|---|
| NORMA HURON | § | IN THE  DISTRICT COURT OF |
| | § | |
| V. | § | CAMERON  COUNTY,  TEXAS |
| | § | |
| DAYTON HUDSON CORPORATION D/B/A | § | |
| TARGET STORES | § | 103RD JUDICIAL DISTRICT |

## PLAINTIFF NORMA HURON'S RESPONSES TO DEFENDANT DAYTON HUDSON CORPORATION D/B/A TARGET STORES REQUEST FOR DISCLOSURE

TO:    **Dayton Hudson Corporation d/b/a Target Stores**, Defendant, by and through its

attorney of record:

R. E. Lopez, Jr.
**LOPEZ, PETERSON & BENAVIDES, PLLC**
5810 San Bernardo Ave., Suite 101
Walker Plaza Building
Laredo, Texas 78041

COMES NOW, **Norma Huron**, Plaintiff, and pursuant to Rules 191.4, 194 and 195 of

the Texas Rules of Civil Procedure serves this Response to Defendant's Request for Disclosure on

Defendant **Dayton Hudson Corporation d/b/a Target Stores.**

RESPECTFULLY SUBMITTED,

**R. W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521
Telephone: (956) 546-5556
Telecopier: (956) 546-0470


_____
R. W. Armstrong
TBA#01323500
**ATTORNEY FOR PLAINTIFF**

File Server:Huron, Norma [99-214]:D -Req for Discl/Resp

# CERTIFICATE OF SERVICE

I hereby certify that on the _20th_ day of June, 2000, a true and correct copy of **Plaintiff Norma Huron's Responses To Defendant's Dayton Hudson Corporation d/b/a Target Stores Request For Disclosure** was served via Certified Mail, return receipt requested, to wit:

*Certified Mail Z 258 926 888*

R. E. Lopez, Jr.
**LOPEZ, PETERSON & BENAVIDES, PLLC**
5810 San Bernardo Ave., Suite 101
Walker Plaza Building
Laredo, Texas 78041

R. W. Armstrong

# NORMA HURON'S RESPONSES
## TO DEFENDANT'S REQUEST FOR DISCLOSURE, Rule 194.2(a)-(i) and (k)

(a)    The correct names of the parties to the lawsuit:

Norma Huron

Dayton Hudson Corporation d/b/a Target Stores

(b)    The name, address, and telephone number of any potential parties:

Plaintiff will state that at this time there is no known partial party as yet unidentified to this lawsuit.

(c)    The legal theories and, in general, the factual bases of the responding party's claims or defenses (the responding party need not marshal all evidence that may be offered at trial):

On November 25, 1997, Plaintiff Norma Huron, accompanied by her husband and a friend, went shopping at the Target store located in Brownsville, Texas at 2940 Boca Chica Boulevard. While inside the store, in the Men's department, a large and heavy clothes rack became unbalanced and fell on Plaintiff. The clothes rack struck Plaintiff on the back, causing her to strike a nearby shopping cart while falling. The clothes rack knocked Plaintiff to the floor, landing on Plaintiff and pinning her to the floor. It took the combined efforts of Plaintiff's husband and her friend to extricate Plaintiff. As a result of this accident, Plaintiff suffered injuries to her back, left arm and knee. In an approximate one-year period following her accident, Plaintiff consulted several doctors concerning her injuries, and underwent several procedures, including arthroscopic surgery for her injured knee. For several months after her accident, Plaintiff walked with a limp, and Plaintiff has felt pain and discomfort in her knee and back since the date of her accident to the present.

Plaintiffs' claim incorporates the following legal theories:

Premises Liability:

As a shopper at the Target store, Plaintiff enjoyed the legal status of invitee. As such, Defendant, as owner of the premises in question had the duty to exercise reasonable care to have that premises in a reasonably safe condition for her. On the occasion in

CISPDF - www.tesisio.com

question, Defendants, their agents, servants, and employees who were at all times acting in the course and scope of their employment were guilty of negligence toward the Plaintiff in the following respects:

1.      In failing to correct the defective condition of the clothes rack;

2.      In failing to warn the Plaintiff of the dangerous defect of the clothes rack;

3.      In failing to inspect the clothes rack in order to discover the dangerous defect;

4.      In failing to correct the dangerous defect in the clothes rack;

5.      In failing to warn invitees, including Plaintiff, that a dangerous condition existed which required extra care to be taken when standing next to the clothes rack which fell on Plaintiff causing Plaintiff to slip and fall.

Each of the foregoing negligent acts and omissions whether taken singularly or in combination, were a proximate cause of Plaintiff's injuries and damages.

The above-stated factual bases and legal theories are Plaintiff's basic assertions, not all-inclusive.  As stipulated in TRCP 194, *Notes and Comments*(2), Plaintiff has not attempted to marshal all her evidence or brief the legal issues in this response.

(d)      The amount and any method of calculating economic damages:

A sum to be determined by the jury, but based upon Plaintiff **Norma Huron's** permanent injury, disfigurement, past, present, and future medical expenses, and mental anguish.  Plaintiff's current medical expenses total approximately $12,920.69; additional medical expenses are anticipated to total between $40,000 and $50,000.

Plaintiff is seeking compensatory damages in the amount of $70,000.00.

(e)    The name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case:

Norma Huron
2001 N. Main Street
Roswell, New Mexico 88201
(505) 622-0110
Connection:    Plaintiff

Jeff Huron
2001 N. Main Street
Roswell, New Mexico 88201
(505) 622-0110
Connection:    Plaintiff's husband and witness to the occurrence made the basis of this lawsuit

Dan Shannon
Rt. III, Box 3110K
Los Fresnos, Texas 78586
(956) 233-5031
Connection:    (friend) Witness to the occurrence made the basis of this lawsuit

Becky Burt
1214 North Charlotte
Wichita, KS 67208
(316) 682-8960
Connection:    Person with knowledge of relevant facts

Target employee
Connection:    Witness to the occurrence made the basis of this lawsuit

John Weldon
Amarillo, Texas
(806) 371-7617
Connection:    Person with knowledge of relevant facts

Becky Burt
Wichita, Kansas
(316) 682-8960
Connection:    Person with knowledge of relevant facts

Bliss W. Clark, M.D.
1601 Treasure Hills Boulevard
Harlingen, Texas  78550
(956) 421-2663
Connection:    Care and treatment of Plaintiff's injuries, diagnosis and prognosis

File Server:Huron, Norma [99-214]:D -Req for Discl/Resp

Valley Baptist Medical Center
1201 North Ed Carey Drive
Harlingen, Texas  78550
(956) 389-1100
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Ricardo Adobbati, M. D.
1134 Los Ebanos Blvd.
Brownsville, Texas 78520
(956) 544-6727
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Dr. L. R. Pelly
585 W. Jefferson Street
Brownsville, Texas 78521
(956)
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Antonio Diaz, M. D.
864 Central Blvd., Suite 100
Brownsville, Texas 78520
(956) 541-5231
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Nicholas Metcalf, M.D.
Brownsville Medical Center
1040 W. Jefferson
Brownsville, Texas 78520
(956) 544-1400
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Brownsville Medical Center
1040 W. Jefferson
Brownsville, Texas 78520
(956) 544-1400
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Columbia Valley Regional Medical Center
100 Alton Gloor Blvd.
Brownsville, Texas 78521
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Valley Doctors Clinic
394 Military Highway
Brownsville, Texas 78521
(956) 544-3226
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Brownsville Anesthesia Associates
P. O. Box 4589
Brownsville, Texas 78523-4589
(956) 541-1278
Connection:   Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Eastern Plains Medical Group
P. O. Box 8190
Roswell, New Mexico 88202-8190
(505) 623-6180
Connection:   Care and treatment of Plaintiff's injuries, diagnosis and prognosis

(f)   For any testifying expert:

   (1)   the expert's name, address, and telephone number;

   (2)   the subject matter on which the expert will testify;

   (3)   the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information;

   (4)   if the expert is retained by, employed by, or otherwise subject to the control of the responding party:

      (A)   all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and

      (B)   the expert's current resume and bibliography;

(1)   Bliss W. Clark, M.D.
1601 Treasure Hills Boulevard
Harlingen, Texas 78550
(956) 421-2663
Connection:   Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Valley Baptist Medical Center
1201 North Ed Carey Drive
Harlingen, Texas 78550
(956) 389-1100
Connection:   Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Ricardo Adobbati, M. D.
1134 Los Ebanos Blvd.
Brownsville, Texas 78520
(956) 544-6727
Connection:   Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Dr. L. R. Pelly

585 W. Jefferson Street
Brownsville, Texas 78521
(956)
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Antonio Diaz, M. D.
864 Central Blvd., Suite 100
Brownsville, Texas 78520
(956) 541-5231
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Nicholas Metcalf, M.D.
Brownsville Medical Center
1040 W. Jefferson
Brownsville, Texas 78520
(956) 544-1400
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Brownsville Medical Center
1040 W. Jefferson
Brownsville, Texas 78520
(956) 544-1400
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Columbia Valley Regional Medical Center
100 Alton Gloor Blvd.
Brownsville, Texas 78521
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Valley Doctors Clinic
394 Military Highway
Brownsville, Texas 78521
(956) 544-3226
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Brownsville Anesthesia Associates
P. O. Box 4589
Brownsville, Texas 78523-4589
(956) 541-1278
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

Eastern Plains Medical Group
P. O. Box 8190
Roswell, New Mexico 88202-8190
(505) 623-6180
Connection:     Care and treatment of Plaintiff's injuries, diagnosis and prognosis

(2)     Subject matter: Plaintiff Norma Huron's injuries and treatment and prognosis;
        cause, nature, extent and duration of any physical or other condition experienced by
        Plaintiff as a result of the incident made the basis of this lawsuit.

File Server:Huron, Norma [99-214]:D -Req for Discl/Resp

(3)     General impressions & opinions:    The aforementioned experts are or were health care providers of Plaintiff, and if called to testify live, by deposition or through medical records, properly admitted at the trial of this case, can be expected to testify regarding Plaintiff's medical condition, treatment, cause, nature, extent, and duration of any physical or other condition experienced by Plaintiff herein, including but not limited to those conditions which Plaintiff alleges resulted from the injury made the basis of this lawsuit.

(4)    (A)    All documents:       Not available

        (B)    Not available

(g)    Any indemnity and insuring agreements described in Rule 192.3(f):

    Plaintiff will state there are none.

(h)    Any settlement agreements described in Rule 192.3(g):

    Plaintiff will state there are none.

(i)    Any witness statements described in rule 192.3(h):

    Plaintiff will state there are none.

(k)    In a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party.

    Non-applicable; Defendant (the requesting party) has not furnished Plaintiff (the responding party) an authorization for the purpose of obtaining medical and billing records. However, in the interest of judicial economy, Plaintiff will furnish Defendant her *Authority to Release Medical Records* [Exhibit RFD-1]whereby Defendant can obtain Plaintiff's medical and billing records.

# EXHIBIT RFD-1

CutePDF - www.tesko.com

# AUTHORITY TO RELEASE MEDICAL

# INFORMATION

TO WHOM IT MAY CONCERN:

    I, _____, hereby authorize and permit any person, firm, or entity to release to the law firm of R. W. ARMSTRONG & ASSOCIATES, or their authorized representative, any and all of the matters enumerated below that pertain to _____ born _____; Social Security Number _____ The matters to be released pursuant to this authorization are the following: any laboratory slides, clinical abstracts, histories, charts, and other information, documents, and opinions relevant to past, present, or future physical condition, treatment, care, or hospitalizations.

    This authorization revokes any and all prior authorizations previously given to any other person, firm organization of agency.

    A copy of this authorization is agreed by the undersigned to have the same effect and force as an original and should be honored as if it were an original. Any person, firm, or entity that releases matters pursuant to this authorization is hereby absolved from any liability that might otherwise result from the release of those matters.

_____
SIGNATURE OF CLIENT

This instrument was acknowledged before me on the _20th_ day of _June_, ~~199~~ _2000_.

_____
Notary Public, State of Texas
My commission expires: _6/5/2001_

ROSA M. GARCIA
Notary Public, State of Texas
My Commission Expires 06-05-2001