```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
                        BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

SEP 1 2000

Michael N. Milby
Clerk of Court

| NORMA HURON | § | |
|---|---|---|
| | § | |
| VS | § | CIVIL ACTION NO. B-00-126 |
| | § | |
| DAYTON HUDSON CORPORATION | § | |
| D/B/A TARGET STORES | § | |

## DEFENDANT'S DAYTON HUDSON CORP., D/B/A TARGET STORES' DISCLOSURE OF INTERESTED PARTIES

TO:   HONORABLE MENTON MURRAY, JR.
      Cameron County Courthouse
      974 E. Harrison
      Brownsville, Texas 78520

NOW COMES, **DAYTON HUDSON CORPORATION, D/B/A TARGET STORES**, Defendant in the above styled cause and files this its Disclosure of Interested Parties and would respectfully show the Court the following:

I.

*Disclosure of Interested Parties*

To the best of Defendant's knowledge, the only interested parties, to date are;

a.   Norma Huron, Plaintiff

b.   Dayton Hudson Corporation is now known as Target Corporation, which is a corporation whose securities are publicly traded.

Respectfully submitted,

**LOPEZ, PETERSON & BENAVIDES**

_____
R.E. LOPEZ, JR.
Federal I.D. No.: 652
ALONZO RAMOS
Federal I.D. No.: 20667
5810 San Bernardo Avenue, Suite 101
Walker Plaza Building
Laredo, Texas 78041
(956) 718-2134 — Telephone
(956) 718-2045 — Facsimile
Attorney for Defendant

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing **Defendant's Target Stores Disclosure of Interested Parties** was served via facsimile and certified mail, return receipt requested to the following counsel of record, pursuant to the Texas Rules of Civil Procedures, on the ___30___ day of August, 2000.

Mr. R.W. Armstrong, Esq.
R.W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, Suite A
Brownsville, Texas 78520

_____
R.E. LOPEZ, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORMA HURON | § | |
| | § | |
| VS | § | CIVIL ACTION NO. <u>B-00-126</u> |
| | § | |
| DAYTON HUDSON CORPORATION | § | |
| D/B/A TARGET STORES | § | |

## CERTIFICATE OF SERVICE OF ORDER SETTING CONFERENCE

I certify that a true and correct copy of the Order Setting Conference was forwarded, via facsimile to counsel for Plaintiff, Ron Armstrong, on the 29th day of August, 2000 and by mail, on August 30, 2000.

R. E. LOPEZ, JR.