

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORMA HURON | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-126 |
| | § | |
| | § | |
| DAYTON HUDSON CORPORATION D/B/A | § | |
| TARGET STORES | § | |

### PLAINTIFF NORMA HURON'S DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **Norma Huron**, Plaintiff in the above styled cause and files this her Disclosure of Interested Parties and would respectfully show the Court the following:

### I.

### Disclosure of Interested Parties

To the best of Plaintiff's knowledge, the only interested parties, to date are:

a.   Norma Huron, Plaintiff

b.   Dayton Hudson Corporation d/b/a Target Stores, Defendant

                RESPECTFULLY SUBMITTED,

                **R. W. ARMSTRONG & ASSOCIATES**
                2600 Old Alice Road, Suite A
                Brownsville, Texas 78521
                Telephone: (956) 546-5556
                Telecopier: (956) 546-0470

                _____
                R. W. Armstrong
                TBA#01323500
                **ATTORNEY FOR PLAINTIFF**

File Server:Huron, Norma [99-214]:Disclosure/parties

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2000, a true and correct copy of **Plaintiff Norma Huron's Disclosure of Interested Parties** was served via Fax and Certified Mail, return receipt requested, to wit:

*Certified Mail Z 258 926 723*

R. E. Lopez, Jr.
**LOPEZ, PETERSON & BENAVIDES, PLLC**
5810 San Bernardo Ave., Suite 101
Walker Plaza Building
Laredo, Texas 78041

_____
R. W. Armstrong

File Server:Huron, Norma [99-214]:Disclosure/parties

- 2 -