IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

*United States District Court*
*Southern District of Texas*
**ENTERED**
**SEP 1 3 2000**
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

NORMA Huron §
Plaintiff(s), §
§
v. § CIVIL ACTION NO. B- 00-126
§
DAYTON Hudson §
Defendant(s). §

## ORDER STRIKING FILINGS

BE IT REMEMBERED, that on 9/12/00, the Court **STRUCK** the filing entitled *Plaintiff's Response to Def's Response to Plaintiff's Motion To Remand & Motion For Sanctions* because it did not comply with one or more of the following Local Rules:

1. ____ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. ____ Filing is not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. ✓ One or more of the following are not included beneath the attorney's signature:
   (a) state bar number; or
   (b) ⓑ Southern District of Texas Federal Bar Number; or
   (c) office address including zip code; or
   (d) telephone and facsimile numbers with area codes (LR 11.3(A)).

4. ____ A copy of the filing was not provided (LR 5.2).

5. ____ No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4).

6. ____ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR 7.1(D), CrLR 12.2).

7. ____ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. ____ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

DONE at Brownsville, Texas, this 12th day of September, 2000.

_____
Hilda G. Tagle
United States District Judge