COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 9 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NORMA HURON, § | |
| *Plaintiff* § | |
| § | |
| v § | CIVIL ACTION NO. B-00-126 |
| § | |
| DAYTON HUDSON CORPORATION § | |
| D/BA/ TARGET STORES § | |
| *Defendant* | |

### PLAINTIFF'S AMENDED RESPONSE TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND AND MOTION FOR SANCTIONS

COMES NOW, **NORMA HURON** Plaintiff herein, and files this her AMENDED RESPONSE TO DEFENDANT DAYTON HUDSON CORPORATION D/B/A TARGET STORES' RESPONSE TO PLAINTIFF'S MOTION TO REMAND AND MOTION FOR SANCTIONS, and in support would respectfully show unto the court as follows:

1. Defendant continues to invent jurisdiction where none existed. At no time has Plaintiff sought the appropriate jurisdictional amount of $75,0000.00 nor does Defendant possess such document, but rather "puffs" a theory that is supposed to breath life into his jurisdictional argument. There is no pleading, document, or writing which Plaintiff ever sought damages in the jurisdictional amount of $75,000.00.

2. Defendant, in its attempts to invoke the jurisdiction of this court, writes Plaintiff's attorney a letter setting forth the statement that "Plaintiff would not seek over $75,000.00 in compensatory damages." By Defendant's actions, it is apparent the letter was written to invoke a response which Defendant could use to propel itself to Federal Court. The statement was categorically denied and Defendant was referenced to Plaintiff's pleading for the amount Plaintiff is seeking.

3. Even a freshman law student could read the prayer of Plaintiff's pleadings and for edification Plaintiff stated:

COPY

File Server:Huron, Norma [99-214]:Mtn/Resp/D-Resp-M/Rem & Sanc/2/ Huron, Norma [99-214]:

1

"WHEREFORE, Plaintiff prays that Defendant be cited to appear and answer herein and that upon a final trial of this cause, Plaintiff have:

a) Judgment against Defendant in the amount of $70,000.00, along with pre- and post-judgment interest;

b) Costs of court, and;

c) Such other and further relief to which Plaintiff may be justly entitled."

The amount Plaintiff is seeking is clearly set forth; it is $70,000.00. Notwithstanding Defendant, this matter should be retained to the 103rd District Court from whence it came.

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Rd., Suite A
Brownsville, Texas 78521
Telephone: (956) 546-5556
Telecopier: (956) 546-0470

By: _____
R. W. Armstrong
Fed.Id.No. 2237
TBA #01323500
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was this 15th day of September, 2000, delivered to Defendant, via Fax and U. S Certified Mail, return receipt requested, to wit:

R. E. Lopez, Jr.
**LOPEZ, PETERSON & BENAVIDES, PLLC**
5810 San Bernardo Ave., Suite 101
Laredo, Texas 78041

_____
R. W. Armstrong

File Server:Huron, Norma [99-214]:Mtn/Resp/D-Resp-M/Rem & Sanc/2/ Huron, Norma [99-214]:

2