| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

```
                                            United States District Court
                                             Southern District of Texas
                                                      ENTERED
                                                   OCT 1 8 2000
                                            Michael N. Milby, Clerk of Court
                                            By Deputy Clerk
```

NORMA HURON §
§
§
*versus* § CIVIL ACTION: B: 00-126
§
§
DAYTON HUDSON CORP. §

# Order Resetting Conference

The intial pre-trial conference set for *December 18, 2000,* has been reset to:

## January 9, 2001 at 2:30 p.m.

Signed on _October 18_, 2000 at Brownsville, Texas.

*Hilda Tagle*
Hilda G. Tagle
United States District Judge