IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 6 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NORMA HURON | § | |
| | § | |
| VS | § | CIVIL ACTION NO. <u>B-00-126</u> |
| | § | |
| DAYTON HUDSON CORPORATION | § | |
| D/B/A TARGET STORES | § | |

## DEFENDANT'S FIRST AMENDED ORIGINAL ANSWER

**COMES NOW, TARGET CORPORATION**, sued herein incorrectly as **Dayton Hudson Corporation d/b/a Target Stores**, and files this its Original Answer to Plaintiff, **Norma Huron's** Original Complaint.

### A.

### Admissions and Denials

1. Defendant denies the allegations in Paragraph V of Plaintiff's Original Petition.

2. Defendant does not have knowledge of information sufficient to form a believe as to the truth of Paragraph VI of Plaintiff's Original Petition.

### B.

### Affirmative Defenses

1. Plaintiff's alleged injuries, if any, are the result of the pre-existing and/or subsequent injury or condition. Specifically, Defendant alleges that Plaintiff's injuries, if any, or as a result of an accident which Plaintiff sustained on January 30, 1998, wherein

she fell at a dog show.

2.   For further answer herein, if such be necessary, Defendant alleges that the acts of Plaintiff Norma Huron, in failing to use ordinary care for her safety was 51% of the cause of the alleged injuries, if any, or in the alternative, was the proximate cause. Specifically, Plaintiff failed to avoid the accident by positioning herself in a negligent manner and by failing to get out of the way as would a reasonable and prudent person under the same or similar circumstances.

### C.

### Special Exceptions

Defendant, specially excepts Paragraph I of Plaintiff's Original Petition wherein Plaintiff identifies the Defendant as **Dayton Hudson Corporation d/b/a Target Stores**, because this is a misnomer of Defendant, as Defendant's proper name is **Target Corporation**.

### PRAYER

For these reasons, Defendants ask the court to enter judgment that Plaintiff take nothing, dismiss Plaintiff's suit with prejudice, access costs against Plaintiff, and award Defendant and all other relief to which it is entitled.

Respectfully Submitted,

**LOPEZ, PETERSON & BENAVIDES PLLC**

_____
RENE CARLO BENAVIDES
State Bar of Texas No. 24025248
R.E. LOPEZ, JR.
State Bar of Texas No.: 12569000
5810 San Bernardo Ave., Suite 101
Walker Plaza Building
Laredo, Texas 78041
(956) 718-2134 - Telephone
(956) 718-2045 - Facsimile
Attorney for Defendant

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing **Defendant's First Amended Original Answer**, has been forwarded via certified mail return receipt requested, via facsimile, and/or hand delivered on this ____21____ day of December 2000, as follows:

Mr. R.W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

_____
RENE CARLO BENAVIDES