IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 6 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NORMA HURON | § | |
| | § | |
| VS | § | CIVIL ACTION NO. B-00-126 |
| | § | |
| DAYTON HUDSON CORPORATION | § | |
| D/B/A TARGET STORES | § | |

## CERTIFICATE OF WRITTEN DISCOVERY

Pursuant to Texas Rules and Civil Procedure, Defendant, **TARGET CORPORATION,** state that the following have been served on counsel of record in accordance with the Texas Rules of Civil Procedure.

1. Defendant, Target Corporation's Responses to Plaintiff's Interrogatories.

Respectfully submitted,

**LOPEZ, PETERSON & BENAVIDES, PLLC.**

BY: _____
R.E. LOPEZ, JR.
State Bar of TX. No.: 12569000
RENE CARLO BENAVIDES
State Bar of TX. No.: 24025248
5810 San Bernardo Ave.
Walker Plaza Bldg.
Laredo, Texas 78042-8187
(956) 718-2134 - Telephone
(956) 718-2045 - Fax
Attorneys for Defendant

E:\WPDOCS\RELB\9888.022\PLEAD\CERT-WRI.1

## CERTIFICATE OF SERVICE

  I do hereby certify that a true and correct copy of the above and foregoing *Certificate of Written Discovery* has been forwarded via certified mail, return receipt requested, via facsimile, and/or hand delivered on this __21__ day of December, 2000, as follows:

Mr. R. W. Armstrong
R. W. Armstrong & Associates
2600 Old Alice Road
Brownsville, Texas   78521-1450

                RENE CARLO BENAVIDES