16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NORMA HURON | § | |
| | § | |
| VS | § | CIVIL ACTION NO. B-00-126 |
| | § | |
| DAYTON HUDSON CORPORATION | § | |
| D/B/A TARGET STORES | § | |

### DEFENDANT'S FIRST AMENDED ORIGINAL ANSWER

COMES NOW, TARGET CORPORATION, sued herein incorrectly as Dayton Hudson Corporation d/b/a Target Stores, and files this its Original Answer to Plaintiff, **Norma Huron's** Original Complaint.

### A.

### Admissions and Denials

1. Defendant denies the allegations in Paragraph V of Plaintiff's Original Petition.

2. Defendant does not have knowledge of information sufficient to form a believe as to the truth of Paragraph VI of Plaintiff's Original Petition.

### B.

### Affirmative Defenses

1. Plaintiff's alleged injuries, if any, are the result of the pre-existing and/or subsequent injury or condition. Specifically, Defendant alleges that Plaintiff's injuries, if any, or as a result of an accident which Plaintiff sustained on January 30, 1998, wherein she fell at a dog show.

2. For further answer herein, if such be necessary, Defendant alleges that the acts

Respectfully Submitted,

**LOPEZ, PETERSON & BENAVIDES PLLC**

_____
R.E. LOPEZ, JR.
Federal I.D. No.: 652
State Bar of TX. No.: 12569000
5810 San Bernardo Ave., Suite 101
Walker Plaza Building
Laredo, Texas 78041
(956) 718-2134 - Telephone
(956) 718-2045 - Facsimile
Attorney for Defendant

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing **Defendant's First Amended Original Answer,** has been forwarded iva certified mail return receipt requested, via facsimile, and/or hand delivered on this _____ day of January, 2001, as follows:

Mr. R.W. ARMSTRONG & ASSOCIATES
2600 Old Alice Road, Suite A
Brownsville, Texas 78521

_____
R.E. LOPEZ, JR.