*17*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 4 2001

Michael N. Milby
Clerk of Court

| NORMA HURON | § |
| | § |
| VS | § CIVIL ACTION NO. <u>B-00-126</u> |
| | § |
| DAYTON HUDSON CORPORATION | § |
| D/B/A TARGET STORES | § |

## CERTIFICATE OF WRITTEN DISCOVERY

Pursuant to Texas Rules and Civil Procedure, Defendant, **TARGET CORPORATION**, state that the following have been served on counsel of record in accordance with the Texas Rules of Civil Procedure.

1. Defendant's First Set of Interrogatories and Requests for Production to Plaintiff.

Respectfully submitted,

LOPEZ, PETERSON & BENAVIDES, PLLC.

BY: _____
R.E. LOPEZ, JR.
Federal I.D. No.: 652
State Bar of TX. No.: 12569000
5810 San Bernardo Ave.
Walker Plaza Bldg.
Laredo, Texas 78042-8187
(956) 718-2134 - Telephone
(956) 718-2045 - Fax
Attorney for Defendant

D:\WPDOCS\RELB\9888.022\PLEAD\CERT-WRI.2

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing *Certificate of Written Discovery* has been forwarded via certified mail, return receipt requested, via facsimile, and/or hand delivered on this ___2___ day of January, 2001 as follows:

Mr. R. W. Armstrong
R. W. Armstrong & Associates
2600 Old Alice Road
Brownsville, Texas  78521-1450

_____
R.E. LOPEZ, JR.

D:\WPDOCS\RELB\9888.022\PLEAD\CERT-WRI.2