18

Civil Courtroom Minutes

United States District Court
Southern District of Texas
ENTERED

JAN 0 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Fajardo   ■ Koerner |
| DATE | 01 / 09 / 01 |
| TIME | ☐ a.m.  2:45 p.m. — ☐ a.m.  3:05 p.m. |
| CIVIL ACTION | B / 00 / 126 |
| STYLE | Huron versus Dayton Hudson Corp. |

DOCKET ENTRY

(HGT)  ■ Status Conference;   ☐ Motion Hearing;   (Rptr. Breck Record  )

Ron Armstrong         for    ■ Ptf. # _____   ☐ Deft. # _____

R.E. Lopez            for    ☐ Ptf. # _____   ■ Deft. # _____

☐  All motions not expressly decided are denied without prejudice.

☐  Evidence taken [exhibits or testimony].

■  Argument heard on:   ☐ all pending motions;   ■ Following motions

1.  Motion to Remand [Dkt. No. 3]

☐  Motions taken under advisement: _____

■  Order to be entered.

☐  Miscellaneous review set: _____

■  Rulings orally rendered on:

1.  Motion to Remand [Dkt. No. 3] is GRANTED.

<u>Comments</u>:

1.

1