19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 11 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Huron, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-126 |
| | § | |
| Dayton Hudson Corp. d/b/a Target Stores, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF REMAND

BE IT REMEMBERED, that on January 10, 2001, the Court considered the Plaintiff's Motion to Remand and for Sanctions [Dkt. No. 3]. After reviewing the motion, response, and hearing oral argument, the Court **GRANTS IN PART** the Plaintiff's motion. The Plaintiff claims less than the jurisdictional amount in controversy in her complaint and the Defendant has not demonstrated by a preponderance of the evidence that the allegation of damages was made in bad faith. See De Aguilar v. Boeing Co., 47 F.3d 1404, 1409-12 (5th Cir. 1995). The Court therefore remands this case to the 103rd Judicial District Court of Cameron County, Texas, for lack of federal subject matter jurisdiction. A certified copy of this order shall be mailed to the Clerk of the state court. The Court finds that the imposition of sanctions is not warranted.

DONE at Brownsville, Texas, this 10th day of January 2001.

Hilda G. Tagle
United States District Judge